# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PHILLIP JASON PARKER, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 5:14-CV-2247-VEH |
| **HEALTHCARE INVESTMENT GROUP, INC., et al.,** | ) |
| **Defendants.** | ) |

## ORDER APPROVING FLSA SETTLEMENT

This matter comes before the Court on the parties' Amended Joint Motion To Approve Settlement (the "Amended Motion"). After having reviewed the terms and conditions of the parties Settlement Agreement, the Court finds as follows:

1. That the Plaintiffs have been represented by competent counsel capable of protecting their rights under the Fair Labor Standards Act;

2. That the Plaintiffs and Defendants have submitted a negotiated and agreed-upon Settlement Agreement; and

3. That the Settlement Agreement is a fair resolution as to the Plaintiffs.

Accordingly, the Amended Motion is due to be, and the same is hereby, **GRANTED**.

It is hereby **ORDERED** that the Settlement Agreement is **APPROVED**. Consistent with this approval, the parties' previously filed, but still pending initial Joint Motion To Approve Settlement (Doc. 90) is hereby **TERMED** as **MOOT**. Defendant Jason Tindal is hereby **DISMISSED WITH PREJUDICE**. Judgment is hereby **ENTERED** against Defendants David Childers and Healthcare Investment Group, Inc. (the "Remaining Defendants") in the amount of $208,328.50, plus reasonable attorneys' fees and expenses in an amount to be determined by the Court (the "Judgment"). Consonant with the terms of the Settlement Agreement, the Remaining Defendants are hereby **ORDERED** to pay $104,164.25 of the Judgment to the Plaintiffs within 30 days of this Order.

The Plaintiffs are **ORDERED** to submit a petition for attorneys' fees and expenses pursuant to the terms in the Settlement Agreement, on or before November 18, 2016. The Remaining Defendants shall respond to said petition, if they so wish, within thirty days of the Plaintiffs' filing of such petition.

It is further **ORDERED** that within 15 days of this Court's order awarding attorney fees and expenses, the Remaining Defendants shall execute a promissory note (the "Promissory Note") for the remainder of the Judgment as set forth in the Settlement Agreement and that such Promissory Note should be paid pursuant to its terms.

Upon the entry of an order on the Plaintiffs' petition for attorneys' fees and expenses, all claims in this action will be **DISMISSED WITH PREJUDICE**, *provided, however*, that this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE** and **ORDERED** this the 26th day of October, 2016.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge