FILED

2016 Nov-21  PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PHILLIP JASON PARKER, CAROLYN A. ENGLAND, BUFFY R. DULANEY, WILLIAM D. MCGEE, MAISIE L. SLAUGHTER, and CARRIE HANNAH BORDEN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | CIVIL ACTION NUMBER: CV-14-CV-02247-VEH |
| HEALTHCARE INVESTMENT GROUP, INC. d/b/a FIRST RESPONSE AMBULANCE, DAVID CHILDERS, and JASON TINDAL, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF ROCCO CALAMUSA, JR.

Rocco Calamusa, Jr., first being duly sworn, deposes under penalty of perjury and states as follows:

1.   Background and Experience:   I am over the age of nineteen and competent to testify.   The facts set forth herein are based on my own personal knowledge. I declare under the penalty of perjury that the following is true and correct to the best of my knowledge.

2.      I was admitted to the practice of law in the State of Alabama in September of 1993. I am admitted to practice in the State of Alabama, the United States District Courts for the Northern, Middle and Southern Districts of Alabama, and the United States Court of Appeals for the Fifth and Eleventh Circuits. I have also been admitted to practice in Federal Courts on a *pro hac* basis in Georgia, Louisiana, Tennessee, North Carolina, Kentucky, Illinois, Indiana, Missouri, among others.

I have been engaged in the practice of law throughout the country since 1993. During the past twenty-three years, the vast majority of my practice (over 90%) has been in the fields of discrimination, wage and hour, and civil rights. I have represented plaintiffs in hundreds of discrimination, civil rights, and FLSA actions in various Federal Courts throughout the country on both an individual and class-wide basis and have handled numerous such cases in the appellate courts. I have been appointed class counsel, lead counsel and/or co-counsel in a large number of class and collective actions, as well as complex individual cases. I have participated in lectures and seminars in the areas of discrimination, wage and hour, civil rights, and federal civil procedure, and have presented lectures on these subjects.

I have practiced with the firm Wiggins Childs, Pantazis, Fisher and Goldfarb, LLC (hereafter "Wiggins Childs") since 1993 and have been a partner/member since

2000.  I have overseen and supervised other attorneys in the firm.

3.     I am knowledgeable as to the amount and type of work necessary to prosecute complex individual and class cases challenging violations of the FLSA, Title VII, ADA, and FMLA and the special expertise demanded by such work.

4.     My firm, Wiggins Childs (formerly known as Wiggins Childs Quinn & Pantazis, LLC, and before that, Gordon, Silberman, Wiggins & Childs, PC) is a major plaintiffs' litigation firm with offices in Birmingham, Alabama; DeLand, Florida; Washington, D.C.; and Brentwood, Tennessee.  The firm has been recognized by U.S. News and World Reports as a first tier "Best Law Firm" for labor and employment litigation.  The Firm emphasizes in complex litigation of all types, including discrimination, environmental liability, securities, Fair Labor Standards Act, anti-trust, contract, commercial, products liability, and civil rights.

5.     <u>Reasonableness of the Hours Expended:</u>  I have personal knowledge of the work reflected in the hourly time records of my firm for this case.  Since filing this matter, Wiggins Childs' attorneys and paralegals have expended the following number of hours in handling and successfully resolving the claims in this case:

Attorney Rocco Calamusa, Jr.            328.90      hours

| | | |
|---|---|---|
| Attorney Kevin Jent | 186.25 | hours |
| Paralegal Karen Allen | 103.10 | hours |
| Paralegal Traci Wiggins | 8.70 | hours |

See Ex. A attached.

As lead attorney on the case, I am also familiar with the time expended by attorneys and paralegals at Guin, Stokes & Evans in this matter. Since filing this matter, Guin, Stokes & Evans' attorneys and paralegals have expended the following number of hours in handling and successfully resolving the claims in this case:

| | | |
|---|---|---|
| Attorney Dawn Evans | 388.20 | hours |
| Attorney Rex Slate | 28.40 | hours |
| Paralegal Tressy Wilson | 14.00 | hours |

See Exhibit B attached

6.    Throughout this proceeding, Plaintiffs' counsel has endeavored to represent the interest of Plaintiffs in the most efficient way possible.  Plaintiffs' attorneys were careful throughout the lawsuit to avoid duplication of time or effort to the maximum extent possible.  Despite the fact that the litigation has spanned 2

years, there was very little overlap or duplication of work during the litigation.
Because there was a potential that the case would be handled solely on a contingency
basis, Plaintiffs' attorneys had no incentive to perform work that might ultimately go
uncompensated.   Moreover, we delegated as much work as possible to the
professional staff.  We also managed the professional staff to ensure that they were
only doing work that was necessary to prevail on Plaintiffs' claims.  The time spent
by Plaintiffs' lawyers and staff reflect the distinct contribution of each lawyer at the
different stages of litigation.

7.     In addition, all fees and expenses sought and received by Plaintiffs'
counsel will cover only work performed and expenses accrued as of the date of filing
the request for fees.  Plaintiffs' counsel is not seeking and will not receive any
payment for any time or expenses incurred in the administration of this settlement
after final approval of fees and expenses.  Based on the structure of the settlement,
the administration of the settlement could last in excess of 36 months.

8.     Based on my experience in this area of law and my familiarity with the
work done in this case, the foregoing expenditures of time were reasonable for the
tasks performed and the responsibility undertaken for Plaintiffs in this matter.  After
a review of the time records, I believe all of the time Wiggins Childs and Guin,
Stokes & Evans are submitting to the Court for compensation was reasonably

necessary to give our client the best possible chance for a favorable outcome. *See* ¶22, *supra.* All of this time is of the kind and character that both firms would normally bill to hourly paying clients, as well as time that we normally track and seek to be paid at the conclusion of successful contingency litigation in cases of this type.

9.     <u>Hourly Rates</u>: I am seeking an hourly rate of $450.00 per attorney hour. Wiggins Childs has billed and is seeking $125.00 per paralegal hour.

10.     Paralegal Traci Wiggins has 30 years experience as a paralegal in complex employment litigation and class actions and a B.S. in political science. Paralegal Karen Allen  obtained her Juris Doctor in 1999, and she has more than 19 years experience as a paralegal in complex employment and civil rights litigation, including collective and class actions.

11.     Kevin Jent is seeking an hourly rate of $400.00 per attorney hour.  He has been with the firm Wiggins, Childs, Pantazis, Fisher, & Goldfarb, for 14 years. He too is experienced in employment litigation, including litigation involving the FLSA, and he has more than 20 years experience representing clients in employment related matters.  Kevin Jent was admitted to practice in 1996 and has worked for the Wiggins, Childs, Pantazis, Fisher and Goldfarb firm since April of 2002.  During that time, his practice has been heavily concentrated in the area of employment law in federal courts throughout the country and in the Eleventh Circuit Court of Appeals.

6

He has handled employment law cases, including wage and hour and discrimination, almost exclusively since April of 2002, including both class and individual claims. Mr. Jent has been approved at a rate of $425 an hour by the court in a Title VII class action involving claims of sex discrimination. *See Womack v. Dolgencorp*, 2:06-0465-VEH, Northern District of Alabama (October 24, 2012, Docs. 457 and 461); *See also Marbury v. Granger Grading*, 3:09-cv-0716-WKW, Middle District of Alabama (April 4, 2011 Docs. 25, 26 and 29)(hostile environment claims where rate approved at $325 an hour in the Montgomery, Alabama market). Attorneys in our firm with the same level of skill and experience as Mr. Jent were awarded rates of $400 by the United States District Court for the Northern District of Alabama. *Fox, et al., v. Tyson*, 4:99-CV-1612-VEH, Northern District of Alabama (February 17, 2009 Doc. 819). In addition, Mr. Jent has served as class counsel in various FLSA collective and Title VII class actions, including, *Morgan v. Family Dollar,* cv-01-0303-W, Northern District of Alabama; *Womack v. Dolgencorp*, 2:06-0465-VEH, Northern District of Alabama; *Kuntsman v. Aaron's Rents*, 2:08-cv-01969-KOB, Northern District of Alabama; *Billingsley v. CitiTrends*, 4:12-cv-00627-KOB, Northern District of Alabama; and *Carr v. Autozoners, LLC.*, 5:15-cv-00356-AKK, Northern District of Alabama. His hourly rate is consistent with, if not below, the hourly rate courts have previously approved for this work.

7

12.     Dawn Stith Evans is seeking an hourly rate of $ 425 per attorney hour. Evans was admitted to the practice of law in the State of Alabama in September of 1998.  She graduated from Cumberland School of Law in 1998. She was  admitted to practice in the State of Alabama, the United States District Courts for the Northern, Middle and Southern Districts of Alabama, and the United States Court of Appeals for the Eleventh Circuit.  She has also been admitted to practice in Federal Courts on a *pro hac* basis throughout the United States.  She has represented both plaintiffs and defendants in numerous FLSA actions in various Federal Courts. She has also routinely practiced in many jurisdictions in the areas of securities arbitration/litigation, employment discrimination litigation, complex consumer litigation, corporate/business litigation and class actions. Evans has been with Guin, Stokes & Evans (formerly Donaldson Guin, LLC) since 2003 and has been a partner/member since 2004.  In addition, Guin, Stokes & Evans is seeking $175.00 per paralegal hour.

13.     Rex Slate is seeking an hourly rate of $400.00 per attorney hour. Slate is seeking an hourly rate of $400.00 per attorney hour.  Slate is a 1996 graduate of the University of Alabama School of Law and was admitted to the Alabama State Bar in 1996.  He has been practicing law for 20 years.  Slate's practice focuses on the areas of products liability, nursing home litigation, vehicle crash worthiness

litigation, business litigation, medical malpractice and class actions. He is licensed in all state and federal courts in Alabama. During his 20 years of practice, Slate has handled all facets of litigation, including appellate work in the Eleventh Circuit.

14.    The setting of such hourly rates by the law firm of which I am a member is based upon skill and experience in litigation and appellate practice, the economic forces of competition in the market place, the amount of expense and financial burden of undertaking the case, the nature and length of the professional relationship with the client, the prospect, amount and potential profitability of future employment by the client, the desirability of litigation and representation of the type involved, the preclusion of other employment due to the acceptance of the case, the time limitations typical of the circumstances involved in the case, the amount of time required by the representation and the hourly rate necessary to attract us to accept the offer of employment and to undertake the representation.

15.    In 2012, the Wiggins and Childs firm was awarded a fee in the case of *Womack, et al. v. Dollar General,* 2:06-cv-0465-VEH-RRA (Doc. #461). The Court in that case awarded a fee based on a common fund theory. However, in determining the reasonableness of the amount sought under a common fund, the Court first addressed Plaintiffs' counsel lodestar rate. The lodestar rate for myself and others with similar years of experience and expertise was $525.00.    Attorneys with

comparable experience to Mr. Jent provided a lodestar rate of $425.00, respectfully. The Court found that the lodestar rates set forth by Plaintiffs' counsel were not unreasonable.

16.     In 2010, I was awarded a fee at a rate of $475 per hour. *Robinson, et al. v. Raymond E. Mabus,* Jr., 1:02-cv-94-2 (WLS).  Robinson was a class action discrimination case against the Department of Navy filed in Albany, Georgia.  The Department of Navy was represented by the Assistant U.S. Attorney in Macon, Ga. and attorneys out of the Navy Litigation Office in D.C.  The government attorneys agreed to the rates sought and the fee amount.  United States District Judge Sands approved the fee request, including the rates.

In 2008, the Court found that the reasonable hourly rate for attorneys in my firm with comparable experience to that of myself to be $400.00 per hour and for Jent to be $350.00 per hour. *Fox, et al. vs. Tyson Foods*, 4:99-cv-1612-VEH. The *Fox* case involved individual, non-class allegations of overtime violations of the FLSA by three plaintiffs. Thus, eight years ago, a Court found that $400.00 per hour to be reasonable for an attorney in the field of discrimination and FLSA with 20 years of experience.

17.     The requested hourly rates are commensurate with the prevailing range of rates charged by attorneys in similar circumstances and with comparable skill and

responsibility in similar areas of litigation in Alabama, as well as in the national legal market. Because we handle cases throughout the country, my firm routinely monitors the prevailing rates for experienced litigators in various forums statewide and nationwide. As a guide in setting our hourly rates, we regularly review published hourly rates received in contingent and non-contingent fee litigation, including the rate survey conducted by the National Law Journal ("NLJ"). Based on data published by the NLJ, Plaintiffs' counsel's rates are commensurate with hourly lawyers of similar experience. It is further my opinion based on my knowledge of the market for legal services in this state, that the hourly rates set forth in this affidavit are reasonable for the responsibilities undertaken in this case.

18.    While all of Plaintiffs' counsel primarily represent Plaintiffs in discrimination, employment, wage and hour, and business disputes on a contingency basis, counsel does take cases on an hourly, non-contingent basis. When we do our rates closely track the rates we are requesting here. In fact, I routinely perform work on a non-contingent hourly basis for a client and bills that client at a rate of $400.00-$450.00 per hour. This rate includes work performed for this client in 2012 and 2013. In addition, attorney Jent also performs work on a non-contingent hourly basis and bills his clients at a rate of $325.00 per hour. Dawn Evans regularly bills and is paid hourly non-contingent clients at rates of $250-300 per hour. Such work is easier than

contingent discrimination or FLSA litigation; is usually not contested and there is very little risk of not being paid unlike contingency cases like the one here.

19.    Total Fee Requested: The total fees accrued to date are $415,275.00. This amount is comprised of attorney and paralegal time for both the Wiggins Childs firm and the Guin, Stokes & Evans firm.  However, Plaintiffs' counsel is only seeking **$344,501.81 in fees, plus expenses in the amount of $15,498.19, as an agreed cap of $360,000.00 under the settlement.** *See* Settlement Agreement ¶ C (Doc. 92-1). Plaintiffs' counsel has reduced its fees as part of the settlement in this matter. The total fee sought represents a $70,774 (17%) discount on the lodestar to date.  Thus, should the Court reduce the amount of expenses allowed, Plaintiffs' counsel should still receive the full amount of $360,000.00 allowable as part of their fee based on the total amount of fees incurred in this case.

20.    Fair & Reasonableness of Settlement: A FLSA settlement should only be approved after a determination is made that a bona fide dispute existed, the settlement is a fair and reasonable compromise of the Plaintiffs' claims equitable to all parties, and whether the proposed settlement contains an award of reasonable attorney fees.

21.    Among the factors the court may consider in evaluating the settlement's fairness are "the stage of the litigation, the amount of discovery exchanged, the

12

experience of counsel, and the reasonableness of the settlement amount based on the probability of plaintiffs' success with respect to any potential recovery." *Nyazee v. MBR Mgmt. Corp.*, 2016 U.S. Dist. LEXIS 3479, 3-4 (E.D. Mo. Jan. 12, 2016). Attorney's fees are examined to ensure that the interest of Plaintiffs' counsel's own compensation did not adversely affect the relief procured for the plaintiff. *Id.*

22.     Applying these factors to the case at hand supports settlement approval and an award of fees and costs as requested.   Here, Plaintiffs' counsel was experienced in FLSA litigation as set forth more fully herein.   Additionally, the amount of the fee sought by counsel **does not** affect the amount received by the Plaintiffs in this case, who are all receiving full recovery of both overtime compensation and liquidated damages.  Plaintiffs' counsel are due to be awarded the full amount of their requested fees and expenses based on several factors. Six Named Plaintiffs brought their case alleging clear violations of the FLSA.   After receiving conditional certification, notice was sent to putative class members and 27 individuals opted to join the case.  The parties then agreed to mediate the case in October 2015, prior to engaging in formal discovery.  That mediation was unsuccessful. Plaintiffs' counsel expended a considerable amount of time preparing for and attending the mediation on behalf of the 33 Plaintiffs.

After mediation, Plaintiffs' counsel began to prepare for litigation by

performing an in-depth analysis of each Plaintiffs' claim by reviewing time records, schedules, and payroll records to determine the extent of overtime worked by each plaintiff during any given pay period. This information was utilized for preparation of discovery, responding to discovery, depositions, damages determinations and ultimately settlement of all claims for full value. The time records, payroll records, and schedules were not produced in a searchable electronic format, therefore all records had to be reviewed manually which was extremely time consuming.

The time spent on this litigation post mediation also included individualized discovery sent to each Plaintiff. This discovery entailed responses to 25 interrogatories, 25 requests for production and 5 requests for admission, all of which required separate answers be prepared, reviewed and submitted for each plaintiff. The individualized nature of the discovery requests to multiple Plaintiffs necessarily require an extensive investment of time to provide complete answers as required under the federal rules.

Plaintiffs' counsel also propounded discovery requests to the defendants. Because Defendants did not adequately respond to these requests, counsel was forced to engage in numerous disputes and consultations to obtain all of the discovery responses and documents requested and due to be produced. Plaintiffs' counsel also had to contend with numerous instances of misconduct and lies from the defendants

14

during the discovery process and in depositions.  Every step of this litigation was contested and made difficult by the actions of the defendants. Plaintiffs' counsel took depositions of the individual defendants.  These depositions had to be spread over multiple days because of delayed or inadequate discovery and deposition responses by the defendants.

After depositions of the individual defendants, plaintiffs' counsel began preparation of plaintiffs for depositions.  As the plaintiff's depositions were scheduled to begin, the parties again engaged in settlement negotiations.  During the defendants' depositions, the individual defendants admitted that their method of failing to pay overtime to Plaintiffs violated the FLSA.  Eventually, the case settled for the same damage amount Plaintiffs were seeking in the original mediation, prior to discovery.

The settlement provided full recovery to all Plaintiffs for their overtime wages and liquidated damages as determined by reviewing Defendants pay records, schedules and time records.  A payment plan was agreed to by the parties to allow Defendant to stay in business and keep both its plaintiff-employees and non-plaintiff employees employed.  Under the payment plan, the plaintiffs receive the full amount of their overtime wages before any money is distributed for attorneys' fees. Attorneys' fees will be paid over a period of time.  By agreeing to this payment plan,

Plaintiffs' counsel is assuming the risk of not being paid based on the success of Defendants' business and ability to pay in the future.  In addition, Plaintiffs' counsel has agreed to cap their fee at a lower number than their actual lodestar amount.

23.     Furthermore, the $360,000 in fees and expenses requested by Plaintiffs and their counsel, are fair and reasonable in this case because in evaluating such, the most important factor is the magnitude of the Plaintiffs' success in the case as a whole. *Betton et al. v. St. Louis County*, 2010 U.S. Dist. LEXIS 49312, *4 (E.D. Mo., May 19, 2010).  Here, because Plaintiffs have not compromised their claim but instead are all receiving the full relief sought (100%) in their lawsuit, and because Plaintiffs' counsel's fees were negotiated separately with an agreed upon cap, there is no possible scenario in which the settlement is not equitable to all parties involved, or that counsel's fees adversely effected, or reduced, the Plaintiffs' recovery.  In a private FLSA action where the parties settled on the fee through negotiation, there is a greater range of reasonableness for approving attorney's fees. *Nyazee*, 2016 U.S. Dist. LEXIS 3479 at 4.

24.     As previously stated, under the terms of the settlement agreement Plaintiffs are made 100% whole, and the entire amount sought in the lawsuit is being recovered.  This fact, plus Plaintiffs' counsel reduction in fee that is sought, establishes the reasonableness of the settlement, the awarding of fees and expenses

sought herein.

25.    In analyzing the reasonableness of requested attorneys' fees, the court should also consider: (1) the time and labor required, (2) the novelty and difficulty of the question, (3) the skill requisite to perform the legal services properly, (4) the preclusion of other employment due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation and ability of the attorneys, (10) the undesirability of the case, (11) the nature and length of the professional relationship with the client and (12) awards in similar cases. *Thornton v. Mainline Communs., LLC*, 2016 U.S. Dist. LEXIS 20078, 3-4 (E.D. Mo. Feb. 19, 2016).

26.    These factors too, support the reasonableness of the requested fee. Wiggins Childs' and Guin, Stokes & Evans attorneys have represented Plaintiffs for 2 years. All counsel's representation of these plaintiffs is limited to this one case and is not expected to produce regular or future employment by this client or others. This factor justifies hourly rates at the highest end of the spectrum as compared to the rates of defense counsel who often reduce or discount their rates due to a long standing relationship and the high probability of future work.

As set forth above, substantial time/labor was invested into Plaintiffs' claims.

The time in this matter, especially due to the contentious nature of the case and the number of plaintiffs was necessary and constant.

The present case required an exertion of effort and skill greater and different than that required in the more routine provision of legal services, or garden variety FLSA cases. Such skills and familiarity are not normally gained through the general practice of law or traditional legal training. Plaintiffs' counsel brought to the case specific skills to this case which were necessary based on the claims and defenses raised.

Due to the legal theories, the relatively small size of the damages at issue, and contentious Defendants who fought at every step through the litigation, there are few firms that would have taken Plaintiffs' case. Competent counsel in the local market can obtain sufficient employment to keep them busy without undertaking the representation of these plaintiffs in this type of lawsuit..

In fact, the reason the FLSA includes a fee shifting provision is to incentivize counsel to take relatively small claims that they would not normally take solely on a contingency basis. *Morales v. Farmland Foods, Inc.*, 2013 U.S. Dist. LEXIS 56501, 20-23 (D. Neb. Apr. 18, 2013). Courts should not place an undue emphasis on the amount of the Plaintiffs' recovery because an award of attorney fees in an FLSA case encourage[s] the vindication of congressionally identified policies and rights. *Id.*; *see*

also *Allende v. Unitech Design, Inc.*, 783 F.Supp.2d 509, 511-12 (S.D.N.Y. 2011) ("[i]n FLSA cases, like other discrimination or civil rights cases, the attorneys' fees need not be proportional to the damages plaintiffs recover, because the award of attorneys' fees in such cases encourages the vindication of Congressionally identified policies and rights"); *see also Dressler v. Kansas Copters and Wings*, No. 09—1016, 2010 U.S. Dist. LEXIS 141474, 2010 WL 5834819, at *2 (D. Kan. Dec. 22, 2010) (rejecting proportional approach in an FLSA case); *Wales v. Jack M. Berry, Inc.*, 192 F. Supp.2d 1313 (M.D. Fl. Dec. 21, 2001)(awarding attorney fees of $352,225.40 on an FLSA recovery of $21,000); *Howe v. Hoffman-Curtis Partners Ltd., LLP*, 215 Fed. Appx. 341, 342 (5th Cir. 2007)(affirming attorney fees of and $129,805.50 on $23,357.30 in damages); *Bonnette v. California Health & Welfare Agency*, 704 F.2d 1465, 1473 (9th Cir. 1983)(affirming $100,000 in attorney fees on a judgment of $18,455 in damages); *Garcia v. Tyson Foods*, 2012 U.S. Dist. LEXIS 170177, 2012 WL 5985561 (D. Kan. Nov. 29, 2012)(awarding over $3.2 million in attorney fees on a jury verdict of $533,011 in a collective action); *James v. Wash Depot Holdings, Inc.*, 489 F. Supp. 2d 1341 (S.D. Fl. May 14, 2007)(awarding attorney fees of $114,021 on a judgment of $3,493.62).

Lastly, as previously stated in this matter Plaintiffs' recovered 100% of their claimed damages (both overtime and liquidated damages) and therefore, Plaintiffs'

counsel's success rate in this matter is 100%. Nevertheless, Plaintiffs' counsel has reduced its fee in order to resolve this matter and thus, Plaintiffs' counsel's requested fee is reasonable.

Plaintiffs in this case were not in a financial position to retain lawyers on an hourly basis or to pay the costs of litigation. As a result, Plaintiffs' counsel undertook representation on a fully contingent basis with no prospect of being paid for our time or expenses unless the case was successful. At the time that the representation was undertaken, we knew from past experience in this type of case that we would have to pay all out-of-pocket expenses necessary to prosecute the case with no prospect of reimbursement unless the case was won. It was also known at that time that the out-of-pocket costs and time necessary to prosecute this type of case can be expensive, which has proven to be the case. Without the willingness of the attorneys in this case to undertake the burden and risk of such expenses, it is my opinion that Plaintiffs could not have obtained representation in the local market for legal services. The risk of loss of payment of the number of hours at issue in this case is so significant that most law firms could not have undertaken this case without payment of hourly rates sufficient to compensate for that risk and attract us to forego non-contingent representation which was readily available. Competent counsel can obtain sufficient employment to keep them busy without undertaking contingent representation of

plaintiffs in protracted and difficult discrimination cases like this.  *Perdue v. Kenny A.*, 130 S. Ct. 1662, 1672 (S.Ct. 2010)("First, a 'reasonable' fee is a fee that is sufficient to induce a capable attorney to undertake the representation of a meritorious civil rights case.").

27.   <u>Expense and Costs Requested:</u>   Plaintiffs' Counsel also requests **$15,498.19** in expenses and costs, which are comprised of copy costs, filing fees, postage, expert costs, deposition costs, mediation costs, research costs, and travel expenses, all of which were necessary to the litigation. For the same reasons as stated above, the requested expenses and costs are fair and reasonable as they were negotiated by the parties and are included as part of the agreed cap on fees and expenses. Because Plaintiffs are receiving full recovery under the settlement agreement and their recovery is not reduced by the award of costs and expenses, it is not possible their recovery is adversely affected by the award of the requested costs.

28.   Therefore, based on the foregoing, Plaintiffs' counsel seeks fees in the amount of $344,501.81 and expenses in the amount of $15,498.19 for a total of $360,000.00.

Dated: _Nov 21_____, 2016

_Rocco C._____

**ROCCO  CALAMUSA, JR.**

21

# Exhibit A

**Wiggins Childs Pantazis Fisher & Goldfarb LLC**

*Fee Application*

11/21/2016

**Rocco Calamusa**

| Date | Atty | Description | Hours |
|------|------|-------------|------:|
| 9/18/2014 | RC | Call with Dawn Evans; discuss case with Patrick; research. | 2.75 |
| 9/26/2014 | RC | Review information from Dawn Evans; research. | 1.25 |
| 9/29/2014 | RC | Talk to Dawn Evans; | 0.25 |
| 10/6/2014 | RC | Discuss case with Kevin; | 0.50 |
| 11/6/2014 | RC | Review and revise complaint; | 1.00 |
| 12/16/2014 | RC | Defendant's Motion to Dimiss; discuss with Kevin; | 1.25 |
| 12/18/2014 | RC | Defendant's Motion to Dismiss; call with Dawn and Kevin; email; | 1.00 |
| 12/29/2014 | RC | Preparation of Amended Complaint and response to motion; | 2.00 |
| 12/30/2014 | RC | Preparation of Amended Complaint; discuss with Traci Wiggins; preparation of Response to Motion; | 0.75 |
| 1/5/2015 | RC | Discuss with Kevin Jent; call with Brian; | 0.50 |
| 1/6/2015 | RC | Call with Dawn Stith Evans; | 0.25 |
| 1/7/2015 | RC | Call with Dawn Stith Evans; | 0.25 |
| 1/12/2015 | RC | Receipt and review of Defendant's Motion to Dimsiss and brief; | 0.50 |
| 1/20/2015 | RC | Preparation for meetings; | 0.75 |
| 1/21/2015 | RC | Travel to Decatur; meet with clients; travel to Birmingham; | 8.50 |
| 1/28/2015 | RC | Review of Defendant's Report; review of Defendant's Answer; discuss with Kevin Jent; | 1.25 |
| 2/16/2015 | RC | Call Dawn re; Case and Declaration | 0.25 |
| 2/17/2015 | RC | Call with Dawn re; Declaration and Cert | 0.50 |
| 2/18/2015 | RC | Edit declaration; discuss with Kevin Jent; | 0.50 |
| 2/19/2015 | RC | Call with plaintiff; preparation of declaration; | 0.50 |
| 2/20/2015 | RC | Call with plaintiff; preparation of declaration; calls to Dawn (2); | 1.00 |
| 2/23/2015 | RC | Call with plaintiff re: declaration; call with plaintiff re: declaration; revision to declaration; | 1.00 |
| 3/6/2015 | RC | Review and revise brief for class certification; | 1.50 |
| 3/18/2015 | RC | Preparation of Motion for Certification and Notice; preparation of Brief in Support of same; | 3.25 |
| 3/19/2015 | RC | Preparation and filing of Motion for Certification and Notice; preparation and filing of Brief in Support of same; | 3.75 |
| 3/20/2015 | RC | Call with defendant; planning report; | 0.50 |
| 4/15/2015 | RC | Initial disclosures; letter to defendant; discuss with Kevin; calls; | 2.75 |
| 4/18/2015 | RC | Defendant's Response to Motion for Certification; outline issues for reply; | 2.50 |
| 4/23/2015 | RC | Emails with defendant; | 0.25 |
| 4/28/2015 | RC | Defendant pleading; Court Order; call to Dawn; discuss with Kevin; discuss reply; | 2.75 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 5/4/2015 | RC | Review of Reply; review of Defendant's Supplement; | 1.75 |
| 5/6/2015 | RC | Review of Court Order; call with Dawn; discuss with Kevin; | 2.00 |
| 5/8/2015 | RC | Emails with defendant; discuss notice mail; | 0.50 |
| 5/15/2015 | RC | Letter to Plaintiffs; Notice and Consent Form email to Dawn; call with Dawn; | 1.00 |
| 6/5/2015 | RC | Letter to opt-ins; | 0.25 |
| 6/16/2015 | RC | Review information; call with Dawn; discuss with Kevin; | 0.75 |
| 6/24/2015 | RC | Receipt of Defendant's Motion to Strike; outline response to same. | 0.50 |
| 6/25/2015 | RC | Call with Kevin re: response; | 0.25 |
| 7/7/2015 | RC | Planning Meeting; discuss with Kevin; | 0.50 |
| 7/8/2015 | RC | Email to defendant; | 0.25 |
| 7/14/2015 | RC | Response to Motion to Strike; | 0.50 |
| 7/16/2015 | RC | Emails with defendant; | 0.25 |
| 7/17/2015 | RC | Planning call with defendant; | 0.50 |
| 7/27/2015 | RC | Receipt and review of Court Order; | 0.25 |
| 7/31/2015 | RC | Disclosures; Joint Status Report; | 0.50 |
| 8/3/2015 | RC | Review research; | 2.00 |
| 8/11/2015 | RC | Review of Order; call Defendant; | 0.25 |
| 8/14/2015 | RC | Review; research; emails. | 2.50 |
| 8/18/2015 | RC | Review information; call with Defendant; emails; | 1.75 |
| 8/19/2015 | RC | Call with co-counsel; review data and information; email defendant; | 1.50 |
| 8/26/2015 | RC | Emails with defendant; Joint Motion preparation; | 0.50 |
| 9/2/2015 | RC | Motion to Extend; review production and data; emails; | 2.50 |
| 9/8/2015 | RC | Emails with defendant; extension; | 0.25 |
| 9/16/2015 | RC | Emails with Dr. Fox. | 0.25 |
| 9/17/2015 | RC | Call with Dr. Fox; | 0.50 |
| 9/22/2015 | RC | Call with Kevin; call with Dawn; call with Karen; | 0.75 |
| 9/28/2015 | RC | Email to clients; | 0.20 |
| 10/9/2015 | RC | call with Dr. Fox; mediation statement preparation; | 3.00 |
| 10/12/2015 | RC | Preparation of mediation statement; | 2.00 |
| 10/13/2015 | RC | Review Dr. Fox data; discuss with Kevin; review position; review damages; | 3.50 |
| 10/14/2015 | RC | Conference with Dr. Fox; discuss with Kevin; review documents; review damages; | 3.50 |
| 10/15/2015 | RC | Travel to Decatur; met with Plaintiffs; met with co-counsel; travel to Birmingham; | 7.50 |
| 10/16/2015 | RC | Conference call; position statement preparation; review of damages; | 3.75 |
| 10/19/2015 | RC | Prepare for mediation; | 3.00 |
| 10/20/2015 | RC | Travel to Huntsville; attend mediation; travel to Birmingham; | 10.50 |

**Wiggins Childs Pantazis Fisher & Goldfarb LLC**



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 10/27/2015 | RC | Call with counsel; | 0.50 |
| 10/28/2015 | RC | Call with mediator; call with counsel; | 1.75 |
| 10/30/2015 | RC | Call with Harold Stephens; discuss with Kevin; call with Dawn; review declarations for summary judgment; | 3.75 |
| 11/5/2015 | RC | Email defendant; email Dawn; prepare declaration for summary judgment; | 2.75 |
| 11/6/2015 | RC | Revise Planning Report; | 0.25 |
| 11/9/2015 | RC | Call with defendant; Planning Report; call with Dawn; | 1.00 |
| 12/9/2015 | RC | Claims analysis discussion; claims; affidavit; | 1.00 |
| 1/8/2016 | RC | Discuss with Kevin; discuss with Karen; | 0.50 |
| 1/14/2016 | RC | Discuss defendant conduct; protective order and claim analysis with Kevin; call with Defendant; | 1.00 |
| 1/15/2016 | RC | Review and analyze claims; | 1.25 |
| 1/15/2016 | RC | Emails; call with Dawn; discuss with Kevin; pull cases; | 0.75 |
| 1/21/2016 | RC | Defendant's discovery requests; | 0.50 |
| 2/18/2016 | RC | Emails; call with Dawn; discuss with Karen and Kevin; | 0.75 |
| 2/19/2016 | RC | Defendant's discovery; discuss with attorneys; call with Dawn; | 1.00 |
| 2/22/2016 | RC | Email; review discovery; | 0.50 |
| 2/23/2016 | RC | Call with Dawn; met with Kevin; discovery to Defendant; admissions; defendant's discovery to plaintiffs; | 3.75 |
| 2/24/2016 | RC | Prep for meetings; plaintiff discovery responses; | 3.00 |
| 2/25/2016 | RC | Travel to Decatur; met with Dawn; met with Plaintiffs; statements; discovery responses; travel to Birmingham; | 7.75 |
| 2/26/2016 | RC | Plaintiff's discovery responses; interrogatories, requests for production, requests for admission to defendant; discuss with Karen Allen; | 4.00 |
| 2/29/2016 | RC | Revise discovery; conference with Karen Allen; | 1.75 |
| 3/4/2016 | RC | Met with Karen; emails; review discovery; | 0.75 |
| 3/6/2016 | RC | Discovery responses; | 0.75 |
| 3/7/2016 | RC | Discovery responses; | 2.00 |
| 3/8/2016 | RC | Discovery responses; | 1.00 |
| 3/9/2016 | RC | Calls with Dawn (2); plaintiffs' discovery responses; | 1.75 |
| 3/10/2016 | RC | Plaintiff's discovery responses; | 0.75 |
| 3/14/2016 | RC | Letters to clients; | 0.25 |
| 4/22/2016 | RC | Defendant's discovery response review; discuss with Karen Allen; | 1.25 |
| 4/25/2016 | RC | Review of defendant's discovery responses; | 1.00 |
| 4/26/2016 | RC | Met with Dawn and Kevin; defendant's discovery review; | 1.25 |
| 5/2/2016 | RC | Defendant's discovery responses; letter to defendant to supplement; depo notices; email from defendant; call to Dawn; | 4.75 |
| 5/3/2016 | RC | discuss with Kevin; | 0.25 |

**Wiggins Childs Pantazis Fisher & Goldfarb LLC**



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 5/4/2016 | RC | Emails with defendant; | 0.25 |
| 5/5/2016 | RC | Call with defendant; discuss with Kevin and Dawn; | 1.00 |
| 5/10/2016 | RC | Review bank subpoena; subpoenas to Decatur, Morgan Co 911, Lawrence Co., Lawrence 911; discuss with Karen Allen; email Canupp; emails with defendant; review bylaws; discovery letter; | 4.25 |
| 5/11/2016 | RC | Defendant discovery letter; call with defendant; call with Dawn; review ownership; review handbook; discuss with Karen Allen; | 1.50 |
| 5/16/2016 | RC | Review of Defendant's Motion to Quash; discuss with Kevin; call with Dawn; Court Order review; email from Defendant; call with Dawn; review information from Lawrence County; | 1.75 |
| 5/17/2016 | RC | Email with defendant re: subpoena; email defendant re: supplement; | 0.50 |
| 5/19/2016 | RC | Call with Morgan County E-911; call with Dawn; | 0.75 |
| 5/19/2016 | RC | Call with Morgan County 911; | 0.75 |
| 5/20/2016 | RC | call with defendant; | 0.50 |
| 5/24/2016 | RC | Call with Dawn; letter from defendant; call defendant; call Butler; | 1.25 |
| 5/25/2016 | RC | Call with Dawn; update subpoenas to Morgan County 911; emails with defendant; revised bank supboena; | 1.25 |
| 5/31/2016 | RC | Revise subpoena; review of Defendant's Motion to Withdraw Quash; review of defendant's supplemental production letter; email to defendant with search terms; deposition preparation. | 4.50 |
| 6/1/2016 | RC | Review of Defendant's Supplemental production; call with Dawn Evans; call with defendant; email re: production; prepare for deposition; review of defendant's production of documents; | 8.50 |
| 6/2/2016 | RC | preparation for depositions; review of documents produced by defendant; | 8.50 |
| 6/3/2016 | RC | Preparation for depositions; | 5.00 |
| 6/4/2016 | RC | Preparation for depositions; receipt of Defendant's Offer of Judgment; | 4.50 |
| 6/5/2016 | RC | Preparation for depositions; | 3.75 |
| 6/6/2016 | RC | Travel to Huntsville; depo prep; depo of Childers; discuss with Dawn; deposition of Childers; met with defendant; deposition of Childers; travel to Birmingham; updated Kevin; | 11.50 |
| 6/7/2016 | RC | Discuss deposition; remaining topics, damages, fees, outstanding discovery, emails, defendant's outstanding discovery and depo dates; | 4.75 |
| 6/8/2016 | RC | Offer of Judgment; damages; | 0.75 |
| 6/9/2016 | RC | Email to defendant; | 0.10 |
| 6/13/2016 | RC | Depo notices; emails; | 0.50 |
| 6/14/2016 | RC | Emails; call with defendant; call with Dawn; discuss with Kevin; | 0.75 |
| 6/15/2016 | RC | Prepare for Tindal depo; | 4.75 |
| 6/16/2016 | RC | Prepare for Tindal depo; review new documents; research and read cases; | 3.75 |
| 6/17/2016 | RC | Prepare for depo and organize exhibits and documents; | 2.75 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC 

*Fee Application*

11/21/2016

| 6/20/2016 | RC | Travel to Huntsville; prepare for depo; deposition of Tindal; return to Birmingham; | 10.25 |
|---|---|---|---|
| 6/21/2016 | RC | Emails; discuss depo and discovery with Kevin; outline depo issues and docs remaining; | 0.75 |
| 6/22/2016 | RC | Review files and damages; | 0.75 |
| 6/23/2016 | RC | Call with Canupp; discuss with Dawn - depo, settlement, fees, documents, defenses; research topics; | 1.50 |
| 6/24/2016 | RC | Depo notice; email; | 0.25 |
| 6/30/2016 | RC | Email re: outstanding documents; discuss subpoena with Dawn Evans & Kevin Jent; email re: settlement and fees; | 1.50 |
| 7/14/2016 | RC | Call with Dawn and Kevin; | 0.50 |
| 7/24/2016 | RC | Read Tindal deposition; | 3.25 |
| 7/25/2016 | RC | Childers depo preparation; | 3.50 |
| 7/26/2016 | RC | Read Childers depo; review new documents; prepare for deposition; | 4.00 |
| 7/27/2016 | RC | Travel to Huntsville; Childers depo; discuss with David; discuss with Dawn; | 6.50 |
| 8/4/2016 | RC | Call with Dawn re: discovery production and depo schedule; | 0.50 |
| 8/5/2016 | RC | Review docs produced; call with Dawn; | 4.75 |
| 8/8/2016 | RC | Review documents; prepare for depos; depo notice of Reeves; | 3.50 |
| 8/9/2016 | RC | Travel to Decatur; prepare for depos; travel to Huntsville; met with McGee to prep; met with Greene to prep; met with Castelli to prep; call with Defendant (2); discuss settlement with Dawn; travel to Huntsville; | 8.50 |
| 8/10/2016 | RC | Depo Chris Greene; met client; discussed case and settlement with Dawn and Defendant; travel to Birmingham; call with Kevin Jent re: settlement; | 6.75 |
| 8/15/2016 | RC | Letter to clients; email Dawn; calls with Dawn; discuss with Karen Allen; | 0.75 |
| 8/16/2016 | RC | Outline settlement terms; calls to Plaintiffs Henderson, Parker, Adcox and Corrales; discuss with Karen Allen; | 1.50 |
| 8/17/2016 | RC | Calls with Plaintiffs re: settlement (Cook, England, Dulaney, Rice, and Rayford); | 1.25 |
| 8/18/2016 | RC | Calls with Plaintiffs re: settlement (Thomson, Hyfield, Lisa McBride); review settlement agreement and revisions to same; review and revision to promissory note, proposed order and Joint Motion; discuss with Kevin; | 2.00 |
| 8/19/2016 | RC | Edit settlement docs; calls to Plaintiffs Castelli and Clarke; | 1.50 |
| 8/21/2016 | RC | Edit and revise settlement docs and joint motion; | 1.25 |
| 8/22/2016 | RC | Revise settlement docs and motion; calls with Plaintiffs Messina, McGee and Lindsey; | 2.00 |
| 8/23/2016 | RC | Calls with Plaintiffs Van Benthysen & Strader; edit paperwork; | 1.00 |
| 8/24/2016 | RC | Calls with Plaintiffs Blankenship; message with Holt; research fee petition; call with Bryant; | 3.75 |
| 8/25/2016 | RC | Research fee petition | 2.75 |
| 8/30/2016 | RC | Email defendant; | 0.10 |
| 9/2/2016 | RC | Review and revise defendant's edits to settlement docs; | 0.75 |

**Wiggins Childs Pantazis Fisher & Goldfarb LLC**



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 9/6/2016 | RC | Call Plaintiff Morgan; call with defendant re: settlement agreement; call with Dawn; revise agreement and call defendant; discuss with Kevin Jent; | 2.00 |
| 9/7/2016 | RC | Call with Plaintiff Holt; | 0.25 |
| 9/8/2016 | RC | Call with defendant re: settlement agreement; joint status report; | 0.50 |
| 9/13/2016 | RC | Call with defendant re: settlement docs; | 0.25 |
| 9/19/2016 | RC | Finalize settlement docs; discuss with Kevin; calls with Defendant (3); | 2.75 |
| 9/21/2016 | RC | Finalize agreement; call defendant re: Joint Motion; | 1.00 |
| 9/23/2016 | RC | Call defendant; Joint Motion; email from Court; discuss with Kevin; call with defendant; email to Court; discuss with Dawn; | 2.25 |
| 9/26/2016 | RC | Call with defendant; revision to settlement docs; response to Court's email; | 1.50 |
| 9/28/2016 | RC | Joint email to Hopkins; revise docs; review defendant's revisions; | 2.00 |
| 9/29/2016 | RC | Discuss with Kevin; | 0.25 |
| 10/7/2016 | RC | Call to Court; review of Court's email; discuss response with Kevin; | 0.50 |
| 10/10/2016 | RC | Calls with Mike Rich (3); revisions to Settlement documents and Court's email | 1.25 |
| 10/11/2016 | RC | Call with Defendant; revise Settlement documents; prepare for call with Court; call with Dawn call with Court; edit agreement; | 3.00 |
| 10/12/2016 | RC | Court's revisions and email; | 0.25 |
| 10/13/2016 | RC | Review of Court's edits to settlement; finalize same; emails with Defendant; | 0.50 |
| 10/24/2016 | RC | Review of final settlement documents; | 0.25 |
| 10/27/2016 | RC | Letter to clients; email to Dawn Evans; | 0.50 |

| | | |
|---|---|---|
| | *TOTAL* | *328.90* |

Wiggins Childs Pantazis Fisher & Goldfarb LLC

*Fee Application*

11/21/2016

*Kevin W. Jent*

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/6/2014 | KWJ | Discussion with Rocco re new case from Dawn Evans | 0.50 |
| 12/16/2014 | KWJ | Review Defendant's Motion to Dismiss; Discuss same with Rocco | 1.00 |
| 12/18/2014 | KWJ | Call with Rocco and Dawn re defendant's motion to dismiss. | 1.00 |
| 12/30/2014 | KWJ | Discuss amended complaint with Traci Wiggins | 0.25 |
| 1/5/2015 | KWJ | Discuss case with Rocco re: to do list | 0.25 |
| 1/20/2015 | KWJ | Prepare for client meetings tomorrow | 0.50 |
| 1/21/2015 | KWJ | Drive to Decatur, meet with clients and attorneys, travel back to Birmingham | 8.50 |
| 2/11/2015 | KWJ | Draft Declaration for Paramedics for Notice Brief | 6.00 |
| 2/13/2015 | KWJ | Draft EMT Declaration for Notice Motion; | 3.50 |
| 2/18/2015 | KWJ | Discuss Declarations with Rocco and Edit Declarations | 1.50 |
| 2/19/2015 | KWJ | Telephone Conference with Chris Rayford re declaration; make edits to declaration; email declaration to client | 1.00 |
| 2/20/2015 | KWJ | Telephone Conference with Christopher Greene re declarations; edit declaration; email to client | 1.00 |
| 3/4/2015 | KWJ | Work on Conditional Cert Brief | 7.50 |
| 3/5/2015 | KWJ | Work on Motion for Notice and Conditional Cert | 6.00 |
| 3/7/2015 | KWJ | Work on Brief in Support of Notice | 5.00 |
| 3/9/2015 | KWJ | Work on Brief in Support of Notice | 8.00 |
| 3/10/2015 | KWJ | Work on Brief in Support of Notice | 7.00 |
| 4/15/2015 | KWJ | Review Defendant's Initial Disclosures; Discuss this and letter to Defendant with Rocco | 0.50 |
| 4/28/2015 | KWJ | Review Defrendant's response to motion for notice; discuss with Rocco; go over issues for reply | 1.00 |
| 5/6/2015 | KWJ | Receipt and Review of Court's Order granting Conditional Certification.  Discuss with Rocco. | 1.25 |
| 6/16/2015 | KWJ | Discuss Plaintiff information with Rocco. | 0.25 |
| 6/25/2015 | KWJ | Telephone Call with Rocco re: Def Motion to Strike | 0.25 |
| 6/30/2015 | KWJ | Drive to Decatur, meet with Dawn and clients | 5.00 |
| 7/7/2015 | KWJ | Discuss Planning Meeting with Rocco | 0.25 |
| 7/10/2015 | KWJ | draft response to mtd grace lindsey | 1.50 |
| 9/22/2015 | KWJ | Telephone Call with Rocco re payroll info and damages | 0.25 |
| 10/13/2015 | KWJ | Meeting with Rocco re Dr. Fox damage report | 0.50 |
| 10/15/2015 | KWJ | Meeting with Rocco re Dr. Fox damage report revisions | 0.75 |
| 10/15/2015 | KWJ | Drive to Decatur; meet with Plaintiffs' re settlement (2 meetings); drive back to Bham discussing case with RC | 7.50 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 10/20/2015 | KWJ | Drive to Huntsville; attend mediation with Harold Stephens; drive back to Birmingham (left early); | 8.50 |
| 10/30/2015 | KWJ | Meeting with Rocco re his call with mediator Harold Stephens re settlement | 0.50 |
| 12/5/2015 | KWJ | Review payroll information, begin analysis and creating summary and statement for each Plaintiff; | 4.50 |
| 12/6/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 5.00 |
| 12/7/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 8.50 |
| 12/8/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 9.50 |
| 12/9/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 10.20 |
| 12/10/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 11.00 |
| 12/11/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 8.50 |
| 12/12/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 5.50 |
| 12/13/2015 | KWJ | Create summary and statement for each Plaintiff based on pay data; | 6.50 |
| 1/8/2016 | KWJ | meeting with Rocco re summaries of plaintiffs' claims | 0.25 |
| 1/14/2016 | KWJ | T/c with co-counsel; discuss with RC after call. | 1.50 |
| 1/15/2016 | KWJ | various Emails with co-counsel re setting up meetings with clients next week in Decatur | 0.50 |
| 1/20/2016 | KWJ | Review and edit statements for tomorrow's meeting; meeting with Karen Allen; | 1.50 |
| 1/21/2016 | KWJ | Drive to Decatur; meet with Hyfeld and Green.  Drive back to bham | 6.00 |
| 2/18/2016 | KWJ | Discuss latest case developments with Rocco | 0.25 |
| 2/23/2016 | KWJ | Review of Discovery; meet with Rocco re discovery to and from defendant | 0.75 |
| 4/26/2016 | KWJ | Meet with RC and Dawn re defendant's rog answers | 1.00 |
| 5/3/2016 | KWJ | Discuss depo notices with Rocco | 0.25 |
| 5/5/2016 | KWJ | Discussion with RC re his call with Canupp, re depositions and settlement.  T/c with Dawn and RC re same. | 1.00 |
| 5/16/2016 | KWJ | Discuss Defendant's Motion to Quash with Rocco | 0.25 |
| 6/6/2016 | KWJ | Discuss depos with Rocco | 0.75 |
| 6/14/2016 | KWJ | Discussion with Rocco re his call with Defendant | 0.25 |
| 6/21/2016 | KWJ | Discuss depos and remaining discovery with Rocco | 0.25 |
| 6/30/2016 | KWJ | Discuss settlement proposal with RC; review email to be sent to defense counsel with breakdown of settlement proposal | 1.00 |
| 7/14/2016 | KWJ | Call with Rocco and Dawn re remaining discovery schedule | 0.50 |
| 8/1/2016 | KWJ | Receipt and Review of Various emails from Pl and D counsel re depo dates | 0.50 |
| 8/1/2016 | KWJ | VM and email from Opelika News | 0.50 |
| 8/10/2016 | KWJ | t/c with Rocco re settlement | 0.75 |
| 8/17/2016 | KWJ | Receipt and Review of Email from Michael Rich; Review of Initial Settlement Documents | 1.00 |
| 8/18/2016 | KWJ | Review of Rocco's revisions of settlement docs.  Discuss with Rocco | 2.50 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| 9/6/2016 | KWJ | Discussions with Rocco about security interest in property.  brief research on best way to have a security interest. | 2.00 |
| 9/19/2016 | KWJ | Review 2 drafts of settlement agreement, and motions to file with court; discuss with RC | 1.00 |
| 9/23/2016 | KWJ | Discuss settlement finalization detalis with Rocco | 0.50 |
| 9/29/2016 | KWJ | Discuss settlement finalization details with Rocco | 0.25 |
| 10/7/2016 | KWJ | Review of Court's email; discuss response with Rocco; | 0.25 |
| 11/16/2016 | KWJ | Review time entries for accuracy and completeness re fee petition | 1.50 |
| 11/21/2016 | KWJ | Draft motion for fees, edit declarations of Rocco C and Dawn W.  Prepare everything for filing. | 3.80 |

**TOTAL        186.25**

Wiggins Childs Pantazis Fisher & Goldfarb LLC

*Fee Application*

11/21/2016

For Client:  **031350**  **Parker, Phillip**

For Matter:  **0001**  Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a First Respo

For **Billed and Unbilled** Transactions

### *Karen Allen*

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 1/26/2015 | KGA | Receipt of Notice of Filing Consents; preparation of spreadsheet of Plaintiffs; email co-counsel re: getting unredacted copy of Consents to Join; emails with Dawn Evans re: consents and Plaintiff spreadsheet; preparation of Plaintiff spreadsheet and emailed copy to all Plaintiffs' counsel; | 0.80 |
| 2/18/2015 | KGA | Telephone conference with John Blankenship re: telephone appointment to finalize declaration; left voicemail messages for Kathryn Bryan and Anthony Castelli re: appointments to finalize declarations; telphone conferences to Tonya Collins, Chris Greene, Richard Peppers and Christopher Rayford to schedule telephone appts with Kevin Jent re: Declarations; calendared appointments for Kevin Jent; emailed clients with proposed Declarations for their review prior to telephone appointment; | 1.10 |
| 2/19/2015 | KGA | Preparation of revisions to Anthony Castelli's Declaration and emailed to him for review and signature. | 0.20 |
| 4/15/2015 | KGA | preparation of Plaintiffs' Initial Disclosures; emailed & mailed to defense counsel; | 0.70 |
| 4/29/2015 | KGA | Preparation of Notice of Dismissal of Richard Peppers; | 0.30 |
| 5/1/2015 | KGA | Letter to Jenny Jacobson enclosing consent form; | 0.20 |
| 5/6/2015 | KGA | Receipt of signed Consent to Join Form from Jenny Jacobson; sent to Tressy Wilson and Dawn Evans to add to database and file consent; | 0.20 |
| 5/13/2015 | KGA | Preparation of spreadsheet from list defendant provided of employees and addresses; telephone conference with Rocco re: Notice going out; preparation of labels for notice to be mailed out; preparation of Notice for mail out and return envelopes; | 2.70 |
| 5/19/2015 | KGA | Receipt of returned Notice letters to James C. Hill and James D. Moss with forwarding addresses noted by Post Office; resent letters to correct addresses; receipt of Notice letters to Grace Lindsey, Herbert W. Messman, Jr., Justin T. Ramsey (marked on spreadsheet); | 0.30 |
| 5/22/2015 | KGA | Receipt of notice letters back in mail ("return to sender; not deliverable as addressed"); research of new addresses for possible plaintiffs; | 0.60 |
| 6/4/2015 | KGA | Updating database for new consents filed in last 10 days; calendaring of ALND Uniform Initial Order; | 0.60 |
| 6/5/2015 | KGA | Conference with Rocco re: status of Opt-Ins and letter to be sent to each; preparation of letter to Opt-In plaintiffs; | 1.20 |
| 6/9/2015 | KGA | Telephone conferences with Opt-Ins: Charles Adcox, Adam Hyfield, Mallory Kirby, William Messina; left messages for Keith Bishop, Jeffrey Thompson, Ian Strader, and Kimberly Holt; email to Rocco and Kevin re: Adam Hyfield requesting to withdraw during our telephone conference; updated database; | 1.10 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| 6/18/2015 | KGA | Email from Dawn Stith Evans re: new consent form for Grace Linsdey; checked database for any contact with Lindsdey; email to all attorneys that Lindsey was mailed notice and then re-mailed notice to corrected address after letter returned, but not any other type of contact; telephone conference with Keith Bishop, Kimberly Holt, & Jeffrey Thompson (Opt-Ins) for additional information; letter to Kamee Morgan (opt-in) to call in; | 0.70 |
| 6/24/2015 | KGA | Email Rocco re: Dawn Evans' office sending Grace Linsey's Consent to Join last week; receipt of email from Rocco to file consent; preparation of Notice of Filing Consent to Joint and e-filing same; added Lindsey's information to spreadsheet; receipt of Defendant's Motion to Strike; | 0.60 |
| 6/26/2015 | KGA | Email to Opt-Ins re: meetings on 6/30/15; telephone conferences with Opt-Ins re: meetings; email to Kevin and Dawn re: meetings in Decatur; telephone conference with Karen at White & Oakes, LLC re: conference room for 6/30/15; | 0.70 |
| 7/22/2015 | KGA | Calendaring of deadlines in Rule 26(f) Report; | 0.20 |
| 8/17/2015 | KGA | indexing of Defendant's initial disclosure documents and emailed same to Rocco for review; | 1.00 |
| 8/19/2015 | KGA | Review of declarations for plaintiffs' start dates and defendant's response to motion for certification for start date of company; conference with Rocco Calamusa re: same; | 0.20 |
| 9/11/2015 | KGA | Receipt and calendaring of Order granting extension of mediation deadlines; | 0.10 |
| 9/17/2015 | KGA | Telephone conference with Dr. Fox re: calculations for mediation on 10/20/15; letter to Dr. Fox enclosing disc with items for damage calculation; | 0.50 |
| 9/17/2015 | KGA | Letter to Dr. Fox enclosing payroll data and plaintiff information; | 0.20 |
| 9/24/2015 | KGA | Telephone conference with Joseph Clark re: mediation (10/21/15) and meeting on 10/15/15; | 0.30 |
| 9/29/2015 | KGA | Review of Dawn's email to clients; forwarded same to Joseph Clark (not on her email list); email to Dawn attaching client list with some of the missing email addresses she was looking for; | 0.30 |
| 10/9/2015 | KGA | Preparation of exhibits for mediation statement; review and filling in holes in mediation statement; | 0.40 |
| 10/15/2015 | KGA | Telephone conference with Rocco re: comparison of Amended Answer to Amended Complaint; review of original complaint, amended complaint and answer, answer to amended complaint and amended answer to amended complaint; preparation of revisions to mediation statement; conference call with Rocco re: same; email draft to Dawn for review; | 0.60 |
| 10/30/2015 | KGA | Conference with Rocco re: Joint Status Report; preparation of same; e-filing of same; | 0.40 |
| 11/2/2015 | KGA | Preparation of draft Declarations & attachment of pay records for Anthony Castelli, Carrie Borden, Charles Adcox, Joseph P. Clarke, Sr., Tonya Collins, Meredith Cook; | 1.50 |
| 12/7/2015 | KGA | Conference with Kevin Jent re: pay records for attachments to statements; breakdown of pay records by plaintiff; | 2.00 |
| 12/7/2015 | KGA | Preparation of charts and conference with Kevin Jent re: same; | 2.00 |
| 12/8/2015 | KGA | Preparation of pay documents; | 3.00 |
| 12/9/2015 | KGA | preparation of charts; | 1.00 |
| 12/10/2015 | KGA | Preparation of charts for Plaintiffs statements; | 3.00 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 1/11/2016 | KGA | Preparation of declarations and charts for claim analysis; | 4.00 |
| 1/20/2016 | KGA | Preparation of statements and pay documents; conference with Kevin Jent re: same; | 3.60 |
| 1/27/2016 | KGA | Preparation of plaintiffs' statements for claims; conference with Rocco re: same; | 2.00 |
| 1/29/2016 | KGA | Telephone conference with Joseph Clarke re: discovery responses; | 0.30 |
| 2/1/2016 | KGA | Letter to Joseph Clarke re: discovery responses; | 0.20 |
| 2/10/2016 | KGA | Preparation of statements and emailed and mailed to Plaintiffs to sign and return; | 0.60 |
| 2/12/2016 | KGA | Receipt of email from Joseph Clarke re: correction for statement; preparation of correction and emailed same to Mr. Clarke; | 0.30 |
| 2/17/2016 | KGA | Telephone conference with Aileen Corrales re: statement; receipt of faxed Declaration from Corrales; | 0.30 |
| 2/18/2016 | KGA | Email and telephone conference with Carolyn England re: statement; letter to England enclosing statement to sign and return; discuss with Rocco Calamusa; | 0.30 |
| 2/19/2016 | KGA | conference with Rocco re: Plaintiffs' discovery responses and division of labor for same; | 0.30 |
| 2/19/2016 | KGA | Email from Christine Rice Brown re: needs declaration to be mailed; letter to her enclosing same; | 0.20 |
| 2/26/2016 | KGA | conference with Rocco re: Plaintiffs' discovery responses and Plaintiffs' discovery to Defendants; | 0.30 |
| 2/29/2016 | KGA | Preparation of discovery drafts to Defendants; conference with Rocco re: same; | 0.40 |
| 3/1/2016 | KGA | Telephone conference with Meredith Cook re: declaration and pay records/timesheets; | 0.40 |
| 3/2/2016 | KGA | Preparation of Plaintiffs' discovery responses; | 4.00 |
| 3/3/2016 | KGA | Telephone conference with Joseph Clarke going over discovery; Preparation of discovery responses; set up conference room at White & Oaks for appointments; | 3.00 |
| 3/7/2016 | KGA | Preparation of Plaintiff Christine Rice, Kathryn Bryan, Charles Adcox, and Keith Bishop's discovery responses; telephone conference with Christine Rice going over discovery;  telephone conference with Keith Bishop going over discovery; telephone conference with Christopher Rayford; edit to Rayford's Interrogatory responses; telephone conference with Kathryn Bryan going over discovery; preparation of revisions to Bishop's declaration; letters to Joseph Clarke, Christine Rice, Kathryn Bryan, and Keith Bishop enclosing discovery to review and sign; emails and VMs to other plaintiffs to schedule telephone appts; | 6.50 |
| 3/8/2016 | KGA | Preparation of Plaintiff John Blankenship, Jeffrey Brian Thompson, Charles Adcox, and Russell Van Benthuysen's discovery responses; telephone conferences with John Blankenship, Jeffrey Brian Thompson, Charles Adcox, and Russell Van Benthuysen to answer discovery and go over declaration; receipt and calendaring of Show Cause Order; | 4.50 |
| 3/9/2016 | KGA | Telephone conferences with Dawn and Rocco re: plaintiffs' discovery responses; email with Ian Strader; VMs for Kimberly Holt; preparation of responses to Requests for Admissions; telephone conference with Kimberly Cook re: discovery responses; | 3.60 |
| 3/10/2016 | KGA | Telephone conference with Joseph Clarke re: revisions to Interrogatory responses; edits to discovery responses; final revision to Ian Strader's Interrog and RFA Responses; telephone conference with Strader; final coordination of service of all discovery responses to defendant (via email and mail); | 5.00 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 3/11/2016 | KGA | Service of verified interrogatory responses for Joseph Clarke and Christine Rice (via email and mail); | 0.50 |
| 3/14/2016 | KGA | Meeting with Charlie Adcox to sign interrogatories; | 0.30 |
| 3/14/2016 | KGA | Served verified discovery responses of Plaintiffs Charles Adcox, Christopher Rayford, Russell Van Benthyusen, Anthony Castelli; receipt of signed Declarations from Russ Van Benthysen, Jason Parker, and Amanda Henderson; letters to Jenny Jacobson and Will Messina from Rocco Calamusa re: contact firm by 3/28/16 or will be dismissed due to failure to communicate/participate; | 1.20 |
| 3/14/2016 | KGA | Letters to Jenny Jacobson Gehlert and Will Messina re: contacting us or will have no choice but to dismiss from case; | 0.40 |
| 3/15/2016 | KGA | Service of verified discovery responses for Jeffrey Brian Thompson; updated spreadsheet re: discovery responses and signed declarations; email to Dawn and Tressy re: signed declarations for McGhee, Lisa McBride, and Grace Lindsey; | 0.70 |
| 3/16/2016 | KGA | Updated filing/correspondence; letters to plaintiffs Will McGee & Lisa McBride who still have not sent in signed declarations; telephone conference with Grace Lindsey re: sending back signed declaration; | 0.70 |
| 4/5/2016 | KGA | Preparation of verified discovery responses for Adam Hyfield, Lisa McBride, and Grace Lindsey; emailed and mailed to defendant; | 0.30 |
| 4/5/2016 | KGA | Follow up letters to Ian Strader and Kathryn Bryan re: declarations and Interrogatories; | 0.40 |
| 4/6/2016 | KGA | Email to Rocco re: Will Messina and Jenny Jacobson not responding to letter re: being dismissed from lawsuit and re: status of motion for protective order; | 0.20 |
| 4/18/2016 | KGA | Letter to John Blankenship re: outstanding discovery & declaration; | 0.30 |
| 4/19/2016 | KGA | Telephone conference with Ian Strader re: documents and discovery responses; | 0.60 |
| 4/20/2016 | KGA | Email Rocco re: deadline for defendant's discovery responses; | 0.20 |
| 4/22/2016 | KGA | Conference with Rocco re: individual defendants' responses to RFA; review of document production by defendant and conference with Rocco re: same; | 0.40 |
| 5/2/2016 | KGA | Preparation of FRCP 30(b)(6) Depo Notice draft; conference with Rocco re: same; | 0.50 |
| 5/2/2016 | KGA | Preparation of edits of correspondence to defense counsel to supplement; preparation of depo notices of FRCP 30(b)(6) rep, Donald Hardyman, Lynn Reeves, Jason Tindal and David Childers; conference with Rocco re: same; emailed and mailed; | 1.60 |
| 5/10/2016 | KGA | Conference with Rocco re: preparation of subpoenas to Morgan County E-911 and City of Decatur; preparation of same; | 0.60 |
| 5/10/2016 | KGA | Preparation of depo notices of Childers and Tindal; | 0.30 |
| 5/11/2016 | KGA | Preparation of depo re-notices of Childers and Tindal; conference with Rocco re: letter from Michael Rich; receipt of additional documents from defendant and downloading of same; edited letter to defense counsel from Rocco re: defendant's bylaws; | 0.70 |
| 5/11/2016 | KGA | Letters to Morgan Co E-911, Lawrence Co, Lawrence Co E-911, and City of Decatur enclosing subpoenas; preparation of Certification of Records forms for each letter; preparation of certified mailing materials; | 0.60 |
| 6/1/2016 | KGA | Receipt of document production from defendant; conference with Rocco re: def's documents and depo exhibits; preparation of documents; downloading of documents from site; | 0.50 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| | | | |
|---|---|---|---|
| 6/1/2016 | KGA | Preparation of deposition exhibits; | 0.60 |
| 6/2/2016 | KGA | Preparation of depo exhibits; conferences with Rocco re: same; preparation of revised depo notice for Childers and Tindal; served same; notified Freedom of change in depo times; preparation of summaries for depositions; conference with Rocco re: same; | 4.50 |
| 6/3/2016 | KGA | Preparation of depo exhibits; | 1.00 |
| 6/3/2016 | KGA | Confirmation of court reporter for Monday, 6/06/16; | 0.10 |
| 6/14/2016 | KGA | Preparation of Depo Re-Notices for Tindal, Childers and FRCP 30(b)(6); scheduled court reporter; booked conference room with Wilmer & Lee; | 0.30 |
| 6/16/2016 | KGA | Email to Julian Butler checking status of subpoenaed documents; | 0.20 |
| 6/23/2016 | KGA | Conversion of E911 subpoenaed Word files to PDF files; conference with Rocco re: method of "certification" and document production; | 1.10 |
| 6/24/2016 | KGA | Conversion of E911 subpoenaed Word files to PDF files and bates labeling of document production; email to Julian Butler with Certification to be completed and returned; email to Julian Butler containing Dropbox bates labeled files; | 3.60 |
| 7/11/2016 | KGA | Preparation of email to Joseph Clarke re: status of case; | 0.20 |
| 7/20/2016 | KGA | Emails and letters to John Blankenship and Ian Strader re: scheduling depositions; email to Dawn Evans re: Will Messina and Jenny Jacobson Gehlert have not been in contact in some time; | 0.50 |
| 8/8/2016 | KGA | Printing of Defendant's documents on list provided by Rocco; conference with Rocco re: same; preparation of documents to review for depo preparation of Plaintiffs; email with Ian Strader re: scheduling of deposition; preparation of depo notice of Lynn Reeves; preparation of subpoena for Lynn Reeves; preparation of cover letter enclosing subpoena; email with Alaserve re: service of subpoena and providing witness fee check; email to Freedom to schedule court reporter; email to Tina Lister to schedule conference room for depo; | 3.50 |
| 8/8/2016 | KGA | Emails from Dawn enclosing depo prep information; updated chart for depositions; receipt of revised depo notices; updated calendar for depositions of plaintiffs; preparation of exhibits for Rocco; | 1.00 |
| 8/15/2016 | KGA | Conference with Rocco re: letters/emails to plaintiffs notifying them of tentative settlement; preparation of letters & emails to 26 Plaintiffs re: same; telephone conferences with Plaintiffs scheduling calls with Rocco to go over tentative settlement; | 2.60 |
| 8/16/2016 | KGA | Calls/emails with plaintiffs scheduling telephone conferences; preparation of chart with damages listed for each plaintiff; conference with Rocco re: Jenny Jacobson (Cook) and no payroll information for her; | 1.50 |
| 8/16/2016 | KGA | Phone conferences with Jeff Thomson & Adam Hyfield scheduling phone conference with Rocco re: tentative settlement; | 0.20 |
| 8/19/2016 | KGA | Coordination of conference calls re: settlement; | 0.20 |
| 8/30/2016 | KGA | Phone conferences with Kamee Morgan and Kimberly Holt scheduling phone conferences with Rocco re: settlement; email to Rocco re: same; updated addresses, phone numbers, SSN/DOB of plaintiffs for settlement; | 0.50 |
| 9/8/2016 | KGA | Preparation of Joint Status Report; | 0.20 |
| 10/17/2016 | KGA | Email with Jason Parker and Carolyn England re: settlement; | 0.20 |

Wiggins Childs Pantazis Fisher & Goldfarb LLC



*Fee Application*

11/21/2016

| 10/24/2016 | KGA | Preparation of revisions and efiling of Amended Joint Motion for Approval of Settlement; email to chambers enclosing Proposed Order; | 0.40 |
| 10/27/2016 | KGA | Letter to clients re: settlement; conference with Rocco re: same; | 0.50 |
| 11/2/2016 | KGA | Telephone conference with Joseph Clarke re: settlement and other potential matter (parental rights termination); | 0.30 |
| 11/8/2016 | KGA | Email from Kim Holt re: settlement; preparation of response thereto; | 0.10 |
| 11/21/2016 | KGA | Preparation of edits for Motion for Attorneys Fees; | 0.30 |

**TOTAL** **103.10**

Wiggins Childs Pantazis Fisher & Goldfarb LLC

*Fee Application*

11/21/2016

**Traci Wiggins**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/15/2014 | TW | Review file; draft OT FLSA complaint for RC's review | 1.50 |
| 12/30/2014 | TW | Talk with Kevin; talk with Rocco; revisions to amended complaint and response to motion to dismiss; efile same for RC | 0.50 |
| 3/18/2015 | TW | Meeting with RC regarding Notice pleadings; draft Motion for Notice; draft Notice; fill in cites in the brief; calls to and from defendant regarding call with RC on Thursday regarding filing Joint RPPM; call to the Court; draft and file Notice regarding same; pull executed Declarations for evidentiary submission | 4.00 |
| 3/19/2015 | TW | Revisions to Motion, Brief and Notice for RC; e-file documents | 2.00 |
| 3/23/2015 | TW | Revisions to RPPM; efile same | 0.50 |
| 5/27/2015 | TW | Lexis People Search for 3 returned letters/notice for RC; remail and send Karen old envelopes to keep in file | 0.20 |

*TOTAL*     *8.70*

# Wiggins Childs Pantazis Fisher & Goldfarb LLC

## PreBill for Work-in-Process

**Closing Date:  November 21, 2016**

Prebill Date:   November 21, 2016
Page #:   1

Parker, Phillip
2006 Hwy 36 East
Hartselle, AL  35640

**Matter ID:  031350 - 0001**
Opened:  09/26/2014
Responsible:  RC
Billing:  RC
Orig Atty: RC (100.00%)

Re:  Parker, Phillip v. Healthcare Investment Group, Inc.
d/b/a First Respo

 **PreBill**        031350 / Parker, Phillip                                                  Page #: 2
                 0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

### EXPENSES

| Date | TrNo | Description | Amount |
|------|------|-------------|--------|
| 10/31/14 | 743656 | ***LexisNexis - 132*** Lexis Nexis Service 10-1-14 to 10-31-14 | 47.37 |
| 11/20/14 | 743827 | ***U.S. District Court, Northern District of Alabama*** Filing Fee | 400.00 |
| 11/21/14 | 746557 | postage expense for 11-15-14 to 11-21-14 | 22.83 |
| 11/21/14 | 744357 | LETTER | 0.60 |
| 11/20/14 | 744268 | COVEE SHEET | 0.10 |
| 11/21/14 | 746288 | Tabs | 3.00 |
| 12/01/14 | 744989 | SCAN TO KAREN 12-1-14 (2) | 0.10 |
| 12/01/14 | 755504 | Scans | 0.30 |
| 01/21/15 | 758708 | ***Rocco Calamusa Jr.*** Reimburse expenses 1-21-15 | 88.00 |
| 01/23/15 | 757061 | EXP FORM | 0.20 |
| 01/23/15 | 757107 | Prints | 5.60 |
| 01/27/15 | 757691 | Prints | 7.40 |
| 01/31/15 | 760934 | ***LexisNexis - 132*** Lexis Nexis Service 1-1-15 to 1-31-15 | 46.93 |
| 02/01/15 | 765472 | ***LexisNexis CourtLink*** Lexis Nexis Service 1-1-15 to 1-31-15 | 422.23 |
| 02/20/15 | 761917 | Prints | 5.60 |
| 02/27/15 | 763798 | postage expense for 2-21-15 to 2-27-15 | 1.92 |
| 02/23/15 | 761302 | COPY | 2.00 |
| 02/23/15 | 762930 | Scans | 0.30 |
| 03/05/15 | 763953 | Prints | 4.00 |
| 03/06/15 | 764168 | Prints | 4.20 |
| 03/06/15 | 764173 | Prints | 4.00 |
| 03/13/15 | 765741 | DECL- | 0.10 |
| 03/18/15 | 766525 | COPY | 4.80 |
| 03/19/15 | 766811 | COPIES | 1.40 |
| 03/19/15 | 766824 | COPIES | 11.60 |
| 03/19/15 | 766844 | Prints | 12.20 |
| 03/19/15 | 766849 | Prints | 4.40 |
| 03/19/15 | 766823 | SCAN TO TRACI 3-19-15 | 0.10 |
| 03/19/15 | 768149 | Scans | 5.80 |
| 03/19/15 | 768150 | Scans | 0.70 |
| 03/24/15 | 767156 | Prints | 4.00 |
| 04/08/15 | 774588 | Scans | 0.10 |
| 04/17/15 | 773488 | Postage expense for 4-11-15 to 4-17-15 | 1.92 |
| 04/17/15 | 774614 | Blowbacks | 4.40 |
| 04/17/15 | 774687 | 1" Binder | 9.00 |
| 04/15/15 | 772513 | DEF BRIEF | 17.60 |
| 04/17/15 | 772605 | LETTER | 0.60 |

**PreBill**   031350 / Parker, Phillip                                                Page #:  3
         0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| Date | Number | Description | Amount |
|---|---|---|---|
| 04/17/15 | 772604 | LETTER | 0.10 |
| 04/17/15 | 774688 | Tabs | 1.50 |
| 05/01/15 | 776293 | Postage expense for 4-25-15 to 5-1-15 | 0.96 |
| 04/30/15 | 776979 | *LexisNexis - 132* Lexis Nexis Service 4-1-15 to 4-30-15 | 57.73 |
| 05/01/15 | 777058 | *LexisNexis CourtLink* LexisNexis Service 4-1-15 to 4-30-15 | 32.72 |
| 04/27/15 | 773719 | Prints | 6.00 |
| 04/27/15 | 773735 | Prints | 6.60 |
| 05/06/15 | 779900 | Scans | 0.20 |
| 05/15/15 | 777521 | Postage expense for 5-9-15 to 5-15-15 | 62.40 |
| 05/15/15 | 777523 | Postage expense for 5-9-15 to 5-15-15 | 95.03 |
| 05/13/15 | 776135 | NOTICE | 1.00 |
| 05/13/15 | 776137 | COPY | 112.00 |
| 05/13/15 | 776141 | COPY | 56.00 |
| 05/14/15 | 776408 | CIPY | 12.00 |
| 05/15/15 | 776700 | LETTERS | 6.80 |
| 05/15/15 | 776701 | LETTER | 0.60 |
| 05/15/15 | 776708 | NOTICE | 18.00 |
| 05/22/15 | 779203 | Postage expense for 5-16-15 to 5-22-15 | 4.80 |
| 05/22/15 | 778461 | DOCS | 1.40 |
| 05/21/15 | 777332 | Prints | 5.00 |
| 05/21/15 | 780014 | Tabs | 6.90 |
| 05/29/15 | 780786 | Postage expense for 5-23-15 to 5-29-15 | 1.44 |
| 06/05/15 | 783122 | Postage expense for 5-30-15 to 6-5-15 | 4.85 |
| 05/31/15 | 785336 | *LexisNexis - 132* Lexis Nexis Research 5-1-15 to 5-31-15 | 176.12 |
| 06/05/15 | 781498 | LETTER | 0.20 |
| 06/05/15 | 781568 | COPY | 1.80 |
| 06/12/15 | 783213 | Postage expense for 6-6-15 to 6-12-15 | 0.49 |
| 06/11/15 | 781884 | LETTER | 0.20 |
| 06/19/15 | 784330 | Postage expense for 6-13-15 to 6-19-15 | 0.49 |
| 06/18/15 | 783312 | COPY | 0.20 |
| 06/26/15 | 785204 | Postage expense for 6-20-15 to 6-26-15 | 0.49 |
| 06/24/15 | 784593 | LETTER | 0.20 |
| 09/04/15 | 794676 | LETTERS | 1.40 |
| 09/04/15 | 794670 | LETTER | 0.10 |
| 09/08/15 | 795827 | LIST | 0.10 |
| 09/18/15 | 800650 | Postage expense for 9-12-15 to 9-18-15 | 1.86 |
| 09/17/15 | 804092 | CD Creation/Duplication | 10.00 |
| 10/01/15 | 806805 | Expert Fee - Quantitative Analysis September 2015 | 1,332.50 |
| 10/09/15 | 802665 | LETTER | 0.60 |
| 10/09/15 | 802664 | LETTER | 0.10 |

**PreBill**   031350 / Parker, Phillip                                    Page #:  4
0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| Date | Number | Description | Amount |
|---|---|---|---|
| 10/13/15 | 802949 | DOCS | 0.60 |
| 10/16/15 | 803609 | PACKET OF EXHIBITS | 1.50 |
| 10/20/15 | 805412 | *Rocco Calamusa Jr.* Reimburse expenses 10-20-15 (Mileage) | 136.00 |
| 10/20/15 | 805422 | *Kevin Jent* Reimburse expenses 10-15-15 & 10-20-15 (Mileage) | 174.41 |
| 10/20/15 | 805423 | *Kevin Jent* Reimburse expenses 10-15-15 & 10-20-15 (Meals) | 88.99 |
| 10/19/15 | 804020 | DOCS | 5.25 |
| 10/20/15 | 805449 | DOC- | 1.20 |
| 10/20/15 | 805492 | DOC- | 0.40 |
| 10/22/15 | 805635 | COPY | 0.40 |
| 10/23/15 | 805692 | COPY | 0.20 |
| 10/19/15 | 804039 | Prints | 9.80 |
| 10/23/15 | 805693 | SCAN | 0.10 |
| 10/31/15 | 810890 | *LexisNexis - 132* LexisNexis Service 10-1-15 to 10-31-15 | 16.34 |
| 11/01/15 | 806807 | Expert Fee - Quantitative Analysis October 2015 | 3,137.50 |
| 11/02/15 | 806404 | SCAN | 0.10 |
| 11/18/15 | 820714 | *Bradley Arant Boult Cummings* Professional Services | 1,607.50 |
| 12/01/15 | 810502 | Prints | 5.00 |
| 12/07/15 | 811634 | Prints | 9.80 |
| 12/09/15 | 811976 | Prints | 9.80 |
| 12/07/15 | 811558 | SCAN | 0.10 |
| 12/08/15 | 811657 | DOCS- | 0.20 |
| 12/08/15 | 811658 | DOCS | 0.10 |
| 12/31/15 | 819211 | *LexisNexis - 132* Lexis Nexis 12-1-15 to 12-31-15 | 49.40 |
| 02/05/16 | 820616 | Postage expense for 1-30-16 to 2-5-16 | 1.64 |
| 02/01/16 | 819736 | COPY | 0.20 |
| 02/12/16 | 822280 | Postage expense for 2-6-16 to 2-12-16 | 1.63 |
| 02/12/16 | 820874 | SCAN TO KAREN | 0.10 |
| 02/19/16 | 822777 | Postage expense for 2-13-16 to 2-19-16 | 5.97 |
| 02/17/16 | 821437 | SCAN TO KAREN | 0.10 |
| 02/17/16 | 821494 | SCAN | 0.10 |
| 02/18/16 | 821615 | SCAN TO KAREN | 0.10 |
| 02/18/16 | 821616 | SCAN TO KAREN | 0.10 |
| 02/25/16 | 826884 | *Rocco Calamusa Jr.* Reimburse expenses 2-25-16 (Mileage) | 82.00 |
| 02/24/16 | 824294 | SCAN | 0.10 |
| 03/04/16 | 823900 | Postage expense for 2-27-16 to 3-4-16 | 3.23 |
| 02/29/16 | 826400 | *LexisNexis - 132* Lexis Nexis Service 2-1-16 to 2-29-16 | 12.61 |
| 03/01/16 | 824756 | Prints | 7.20 |
| 03/01/16 | 824758 | Prints | 183.20 |
| 03/01/16 | 824708 | SCAN | 0.10 |
| 03/01/16 | 824730 | SCAN. | 0.10 |

**PreBill**   031350 / Parker, Phillip                                         Page #:  5
             0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| Date | Number | Description | Amount |
|---|---|---|---|
| 03/02/16 | 824810 | LETTER | 0.10 |
| 03/08/16 | 824152 | ***Federal Express*** Shipping | 29.05 |
| 03/11/16 | 824050 | Postage expense for 3-5-16 to 3-11-16 | 0.44 |
| 03/11/16 | 824102 | Postage expense for 3-5-16 to 3-11-16 | 24.88 |
| 03/10/16 | 828915 | Blowbacks | 19.90 |
| 03/10/16 | 825566 | DOCS- | 1.20 |
| 03/10/16 | 825579 | DOCS- | 2.40 |
| 03/11/16 | 825726 | EXP REP- | 0.40 |
| 03/08/16 | 825271 | Prints | 6.60 |
| 03/09/16 | 825547 | Prints | 5.60 |
| 03/10/16 | 825625 | Prints | 6.40 |
| 03/10/16 | 825626 | Prints | 6.40 |
| 03/10/16 | 825627 | Prints | 6.00 |
| 03/10/16 | 825628 | Prints | 6.40 |
| 03/10/16 | 825629 | Prints | 6.00 |
| 03/10/16 | 825630 | Prints | 6.40 |
| 03/10/16 | 825631 | Prints | 6.80 |
| 03/10/16 | 825632 | Prints | 6.40 |
| 03/10/16 | 825647 | Prints | 6.80 |
| 03/10/16 | 825649 | Prints | 6.40 |
| 03/10/16 | 825650 | Prints | 6.40 |
| 03/10/16 | 825651 | Prints | 6.40 |
| 03/10/16 | 825652 | Prints | 6.40 |
| 03/10/16 | 825653 | Prints | 6.40 |
| 03/10/16 | 825654 | Prints | 6.40 |
| 03/10/16 | 825655 | Prints | 6.40 |
| 03/11/16 | 825765 | Prints | 5.20 |
| 03/11/16 | 825766 | Prints | 4.80 |
| 03/07/16 | 825098 | SCAN TO KAREN | 0.10 |
| 03/07/16 | 825133 | BRYAN DOCS- | 0.10 |
| 03/08/16 | 825219 | DOC- | 0.10 |
| 03/09/16 | 825501 | DECL- | 0.10 |
| 03/09/16 | 825519 | DOC- | 0.10 |
| 03/11/16 | 825700 | SCAN TO KAREN | 0.10 |
| 03/11/16 | 825702 | SCAN TO KAREN | 0.10 |
| 03/11/16 | 825722 | EXP REPORTS | 0.10 |
| 03/08/16 | 828908 | Scans | 77.50 |
| 03/18/16 | 827574 | Postage expense for 3-12-16 to 3-18-16 | 10.26 |
| 03/15/16 | 825046 | LETTER | 0.40 |
| 03/14/16 | 825803 | LETTER | 0.60 |

**PreBill**    031350 / Parker, Phillip                                    Page #:  6
              0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| | | | |
|---|---|---|---|
| 03/14/16 | 825848 | INTERROGS | 2.40 |
| 03/16/16 | 825897 | LETTERS | 0.80 |
| 03/14/16 | 825860 | Prints | 4.20 |
| 03/16/16 | 825933 | Prints | 8.20 |
| 03/15/16 | 825041 | OCS- | 0.10 |
| 03/15/16 | 825044 | LETTER | 0.10 |
| 03/15/16 | 825047 | DOCS | 0.30 |
| 03/14/16 | 825785 | SCAN | 0.10 |
| 03/14/16 | 825787 | SCAN | 0.10 |
| 03/14/16 | 825802 | SIGN PG | 0.10 |
| 03/14/16 | 825818 | FAX IN | 0.10 |
| 03/14/16 | 825846 | INTERROGS | 0.10 |
| 03/14/16 | 825856 | SCAN | 0.10 |
| 03/16/16 | 829005 | Tabs | 3.00 |
| 03/31/16 | 835569 | *LexisNexis - 132* Lexis Nexis Service 3-1-16 to 3-31-16 | 11.77 |
| 03/31/16 | 835632 | *LexisNexis - 132* CourtLink Service 3-1-16 to 3-31-16 | 2.98 |
| 03/31/16 | 835633 | *LexisNexis - 132* CourtLink Service 3-1-16 to 3-31-16 | 0.95 |
| 04/08/16 | 831221 | Postage expense for 4-2-16 to 4-8-16 | 10.08 |
| 04/22/16 | 835372 | Postage expense for 4-16-16 to 4-22-16 | 3.14 |
| 04/18/16 | 830996 | DOCS | 0.60 |
| 04/18/16 | 830997 | DOCS | 1.50 |
| 04/22/16 | 832983 | Prints | 11.80 |
| 04/18/16 | 830965 | DECL- | 0.10 |
| 04/29/16 | 835464 | Postage expense for 4-23-16 to 4-29-16 | 2.67 |
| 04/30/16 | 840048 | *LexisNexis - 132* Lexis Nexis 4-1-16 to 4-30-16 | 1.04 |
| 04/29/16 | 833541 | CD Creation/Duplication | 20.00 |
| 04/25/16 | 833021 | SCAN | 0.10 |
| 04/25/16 | 833022 | SCAN | 0.50 |
| 04/25/16 | 833028 | SCAN | 0.10 |
| 04/25/16 | 833029 | SCAN | 0.10 |
| 04/26/16 | 833146 | DOCS | 0.20 |
| 05/06/16 | 836498 | Postage expense for 4-30-16 to 5-6-16 | 3.14 |
| 05/02/16 | 833485 | LETTER | 3.00 |
| 05/02/16 | 833487 | LETTER | 0.10 |
| 05/11/16 | 837790 | *Rocco Calamusa Jr.* Reimburse expenses 5-11-16 | 12.50 |
| 05/13/16 | 837519 | Postage expense for 5-7-16 to 5-13-16 | 30.26 |
| 05/11/16 | 836005 | COPY | 14.40 |
| 05/11/16 | 836016 | COPY | 0.40 |
| 05/11/16 | 836044 | Prints | 5.60 |
| 05/10/16 | 835871 | LAWRENCE CO SUBPOENA | 0.10 |

**PreBill**   031350 / Parker, Phillip                                          Page #:  7
             0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| | | | |
|---|---|---|---:|
| 05/10/16 | 835898 | CITY OF DECATUR | 0.10 |
| 05/10/16 | 835900 | LAWRENCE CO E911 | 0.10 |
| 05/10/16 | 835905 | MORGAN CO E911 SUBPOENA | 0.10 |
| 05/10/16 | 835919 | ARTICLE | 0.10 |
| 05/11/16 | 835993 | SCAN | 0.10 |
| 05/11/16 | 835994 | SCAN | 0.10 |
| 05/11/16 | 836006 | SCAN | 0.10 |
| 05/11/16 | 836007 | SCAN | 0.10 |
| 05/13/16 | 836206 | SCAN | 0.10 |
| 06/03/16 | 839575 | Postage expense for 5-28-16 to 6-3-16 | 0.47 |
| 05/31/16 | 842434 | *LexisNexis - 132* Courtlink Research 5-1-16 to 5-31-16 | 52.78 |
| 05/31/16 | 842435 | *LexisNexis - 132* Courtlink Research 5-1-16 to 5-31-16 | 14.88 |
| 06/01/16 | 841352 | Blowbacks | 75.80 |
| 06/01/16 | 841353 | Blowbacks | 2.05 |
| 06/01/16 | 838362 | COPY | 33.60 |
| 06/01/16 | 838363 | COPY | 36.80 |
| 06/01/16 | 838371 | COPY | 9.60 |
| 06/02/16 | 838477 | COPY | 4.80 |
| 06/02/16 | 838484 | COPY | 44.20 |
| 06/02/16 | 838514 | COPY | 9.60 |
| 06/02/16 | 838527 | COPIES | 14.40 |
| 06/02/16 | 838529 | COPY | 4.80 |
| 06/02/16 | 838530 | COPY | 64.20 |
| 06/03/16 | 838602 | DOCS | 0.60 |
| 06/03/16 | 838606 | COPY | 32.40 |
| 06/03/16 | 838612 | COPY | 0.60 |
| 06/01/16 | 838438 | Prints | 5.40 |
| 06/01/16 | 838439 | Prints | 7.80 |
| 06/01/16 | 838440 | Prints | 14.40 |
| 06/01/16 | 838441 | Prints | 4.40 |
| 06/02/16 | 838564 | Prints | 4.60 |
| 06/03/16 | 838671 | Prints | 4.00 |
| 06/03/16 | 838672 | Prints | 17.60 |
| 06/06/16 | 842256 | *Rocco Calamusa Jr.* Reimburse expenses 6-6-16 (Mileage) | 102.00 |
| 06/06/16 | 842257 | *Rocco Calamusa Jr.* Reimburse expenses 6-6-16 (Meals) | 18.81 |
| 06/07/16 | 838825 | COPY | 0.40 |
| 06/07/16 | 838856 | SCAN | 0.10 |
| 06/17/16 | 842581 | Postage expense for 6-11-16 to 6-17-16 | 0.89 |
| 06/16/16 | 840120 | Color Copies | 0.75 |
| 06/16/16 | 840121 | COPY | 8.00 |

**PreBill**      031350 / Parker, Phillip                                               Page #:  8
0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| | | | |
|---|---|---|---:|
| 06/16/16 | 840193 | CASELAW | 4.60 |
| 06/16/16 | 840203 | Prints | 8.40 |
| 06/16/16 | 840205 | Prints | 16.80 |
| 06/16/16 | 840206 | Prints | 26.60 |
| 06/24/16 | 842649 | Postage expense for 6-18-16 to 6-24-16 | 0.47 |
| 06/23/16 | 840684 | *Freedom Court Reporting, Inc.* Depo; David Childers | 1,391.25 |
| 06/20/16 | 842240 | *Rocco Calamusa Jr.* Reimburse expenses 6-20-16 (Mileage) | 101.00 |
| 06/20/16 | 842241 | *Rocco Calamusa Jr.* Reimburse expenses 6-20-16 (Meals) | 18.81 |
| 06/21/16 | 840425 | COPY | 0.40 |
| 06/21/16 | 840484 | SCAN | 0.10 |
| 06/22/16 | 840691 | SCAN | 0.10 |
| 06/22/16 | 840736 | SCAN | 0.10 |
| 06/22/16 | 840749 | EXPENSES | 0.10 |
| 06/24/16 | 840833 | SCAN | 0.10 |
| 06/28/16 | 841215 | *Morgan County EMCD* Subpoena | 175.00 |
| 06/30/16 | 850555 | *LexisNexis - 132* Lexis Nexis Service 6-1-16 to 6-30-16 | 23.54 |
| 07/07/16 | 842466 | *Freedom Court Reporting, Inc.* Depo; Jason Tindal | 875.45 |
| 07/08/16 | 843505 | SCAN | 0.10 |
| 07/29/16 | 849571 | Postage expense for 7-23-16 to 7-29-16 | 0.93 |
| 07/27/16 | 847876 | *Rocco Calamusa Jr.* Reimburse expenses for 7-27-16 (Mileage) | 101.00 |
| 07/27/16 | 846196 | SCAN | 0.10 |
| 07/27/16 | 846197 | SCAN | 0.10 |
| 07/31/16 | 850335 | *LexisNexis - 132* CourtLink Service 7-1-16 to 7-31-16 | 2.08 |
| 08/09/16 | 849891 | *Federal Express* Shipping | 14.61 |
| 08/12/16 | 849704 | Postage expense for 8-6-16 to 8-12-16 | 0.93 |
| 08/10/16 | 847885 | *AlaServe, LLC* Process Service; Lynn Reeves, Wear, Howell and Strickland CPA's | 62.50 |
| 08/09/16 | 847911 | *Freedom Court Reporting, Inc.* Depo; David Childers | 485.15 |
| 08/10/16 | 847873 | *Rocco Calamusa Jr.* Reimburse expenses for 8-9-16 to 8-10-16 (Hotel) | 158.07 |
| 08/10/16 | 847874 | *Rocco Calamusa Jr.* Reimburse expenses for 8-9-16 to 8-10-16 (Parking) | 6.78 |
| 08/10/16 | 847875 | *Rocco Calamusa Jr.* Reimburse expenses for 8-9-16 to 8-10-16 (Mileage) | 107.00 |
| 08/08/16 | 850395 | Blowbacks | 7.10 |
| 08/08/16 | 850396 | Blowbacks | 1.60 |
| 08/08/16 | 850397 | Blowbacks | 3.80 |
| 08/08/16 | 850398 | Blowbacks | 6.60 |
| 08/11/16 | 847672 | COPY | 0.60 |
| 08/08/16 | 846819 | Prints | 6.20 |
| 08/08/16 | 846820 | Prints | 6.40 |
| 08/08/16 | 846821 | Prints | 6.40 |
| 08/08/16 | 846822 | Prints | 14.60 |

**PreBill**      031350 / Parker, Phillip                                                        Page #:  9
                 0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| | | | |
|---|---|---|---|
| 08/08/16 | 846823 | Prints | 15.60 |
| 08/08/16 | 846824 | Prints | 4.40 |
| 08/08/16 | 846825 | Prints | 6.80 |
| 08/08/16 | 846826 | Prints | 6.40 |
| 08/08/16 | 846829 | Prints | 11.60 |
| 08/08/16 | 846830 | Prints | 15.60 |
| 08/08/16 | 846831 | Prints | 5.00 |
| 08/08/16 | 846832 | Prints | 8.20 |
| 08/08/16 | 846853 | Prints | 5.40 |
| 08/08/16 | 846854 | Prints | 11.40 |
| 08/08/16 | 846855 | Prints | 11.40 |
| 08/08/16 | 846856 | Prints | 6.80 |
| 08/08/16 | 846857 | Prints | 11.40 |
| 08/08/16 | 846858 | Prints | 41.00 |
| 08/08/16 | 846860 | Prints | 11.40 |
| 08/08/16 | 846861 | Prints | 6.60 |
| 08/08/16 | 846862 | Prints | 6.60 |
| 08/08/16 | 846863 | Prints | 36.20 |
| 08/08/16 | 846864 | Prints | 6.00 |
| 08/08/16 | 846865 | Prints | 6.40 |
| 08/08/16 | 846866 | Prints | 14.60 |
| 08/08/16 | 846867 | Prints | 4.40 |
| 08/08/16 | 846868 | Prints | 4.60 |
| 08/08/16 | 846869 | Prints | 11.60 |
| 08/08/16 | 846870 | Prints | 4.60 |
| 08/08/16 | 846872 | Prints | 9.80 |
| 08/08/16 | 846776 | SUBPOENA | 0.10 |
| 08/08/16 | 846778 | LETTER | 0.10 |
| 08/11/16 | 847671 | SCAN | 0.10 |
| 08/11/16 | 847676 | SCAN | 0.10 |
| 08/11/16 | 847677 | SCAN | 0.10 |
| 08/19/16 | 849802 | Postage expense for 8-13-16 to 8-19-16 | 12.56 |
| 08/15/16 | 848084 | LETTERS | 5.00 |
| 08/15/16 | 848088 | LETTER | 0.10 |
| 08/15/16 | 848152 | LETTERS | 0.10 |
| 08/31/16 | 856850 | *LexisNexis - 132* Lexis Nexis service 8-1-16 to 8-31-16 | 1.11 |
| 09/23/16 | 857162 | Prints | 6.60 |
| 09/23/16 | 857170 | Prints | 11.80 |
| 09/21/16 | 854236 | SETT AGMT | 4.20 |
| 09/21/16 | 854281 | SETTLEMENT | 3.10 |

**PreBill**   031350 / Parker, Phillip                                    Page #:  10
             0001 / Parker, Phillip v. Healthcare Investment Group, Inc. d/b/a Firs

| | | | |
|---|---|---|---:|
| 09/28/16 | 857459 | Prints | 4.00 |
| 10/10/16 | 859080 | Prints | 4.20 |
| 10/11/16 | 859243 | Prints | 4.20 |
| 10/24/16 | 862009 | SCAN | 0.10 |
| 11/11/16 | 864372 | Prints | 5.40 |
| 11/11/16 | 864373 | Prints | 1.60 |
| 11/11/16 | 864374 | Prints | 6.00 |
| 11/11/16 | 864375 | Prints | 0.20 |
| 11/11/16 | 864376 | Prints | 0.20 |

**Sub-total Expenses:**   **$13,750.68**

---

**Invoice Totals**

---

| | | |
|---|---|---:|
| **Expenses** | .................................................. | $13,750.68 |
| **TOTAL THIS INVOICE** | .................................................. | **$13,750.68** |
| **TOTAL DUE TO DATE** | .................................................. | **$13,750.68** |

# Exhibit B

# Guin, Stokes & Evans, LLC
# Fee Application

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Units |
|------|------|------|------|
| **Initials: DSE** | | | |
| 10/01/2014 | DSE | 1173/ First Response Ambulance Service | 1.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Conference call with Jason, Maisie, Will, Carolyn, Carrie, Kevin Jent and Rex. | |
| 10/02/2014 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Maisie Slaughter. | |
| 09/25/2014 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Carrie Borden.  Draft and send engagement letter to Carrie. | |
| 02/06/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | File notice of consent to join - Tonya Collins | |
| 05/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review Order dismissing Allen Peppers.  Email Order to Allen Peppers. | |
| 05/07/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Jason Parker re: Order and Notice.  Email clients Order and Notice. | |
| 07/23/2014 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from RWS re: new FLSA client, Jason Parker.  RWS asked me to contact Mr. Parker. | |
| 07/25/2014 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from RWS re: meeting with Jason Parker and other FRAS employees on August 6 or 7. | |
| 08/07/2014 | DSE | 1173/ First Response Ambulance Service | 3.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Meet with Buffy Dulaney, Will McGee, Carolyn England and Jason Parker.  Discuss failure to pay overtime, hours being worked on and off the clock.  Email to and from Jason Parker re: FRAS procedure manual. | |
| 08/13/2014 | DSE | 1173/ First Response Ambulance Service | 3.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review FRAS procedure manual.  Research firefighter partial exemption and read cases related to firefighter exemption.  Email Jason Parker re: whether they respond to fires or if anyone is a certified firefighter. | |
| 08/14/2014 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Jason Parker re: firefighter exemption. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 08/18/2014 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email RWS re: employee handbook and arbitration provision in handbook | |
| | | and researching enforceability of arbitration provisions in FLSA cases. | |
| 08/19/2014 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from RWS re: arbitration clause. | |
| 08/20/2014 | DSE | 1173/ First Response Ambulance Service | 2.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Research arbitration in FLSA cases. | |
| 08/27/2014 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from RWS re: email from Jason Parker.  Email to and from | |
| | | Jason Parker re: decision on whether to take the case. | |
| 08/29/2014 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Draft and send engagement letters to Jason Parker, Buffy Dulaney, Carolyn | |
| | | England and Jason Parker. | |
| 09/12/2014 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Jason Parker re: his changing jobs and signing | |
| | | engagement letter. | |
| 09/17/2014 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from RWS re: contacting Maisie Slaughter.  Discussion with RWS | |
| | | re: Maisie.   Email Buffy, Jason, Carolyn and Will re: engagement letters. | |
| | | Leave voicemail for Rocco Calamusa re: new FLSA case.  Email from Buff | |
| | | Dulaney re: w-2s.  Draft and send engagement letter to Maisie Slaughter. | |
| 09/18/2014 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Buffy re: W-2s.  Email from Will McGee re: engagement letter | |
| | | signed.  Telephone call with Will McGee.  Telephone call with Rocco | |
| | | Calamusa re: new FLSA case. | |
| 09/19/2014 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Jason Parker. | |
| 09/22/2014 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email current clients re: receiving signed engagement letters. | |
| 09/24/2014 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco. | |
| 09/25/2014 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review documents received from clients.  Email Rocco documents | |
| | | received from clients. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 09/26/2014 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco re: meeting with clients.  Email from RWS re: new | |
| | | client Chris Cooper and sending engagement letter. | |
| 09/29/2014 | DSE | 1173/ First Response Ambulance Service | 1.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: meeting on Wednesday.  Email Rocco FRAS's | |
| | | procedure manual.  Email clients re: conference call to introduce Rocco. | |
| | | Telephone conversation with Jason Parker re: no availability on Wed., but | |
| | | could talk on Friday.  Email Rocco and Rex re: Friday conference call. | |
| 09/30/2014 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Buffy re: unable to be on call on Friday. | |
| 10/01/2014 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from clients re: setting up conference all for 10/1.  Email to | |
| | | and from Rocco and Kevin re: conference call. | |
| 10/12/2014 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Will McGee re: receipt of documents. | |
| 10/07/2014 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review documents received from Will McGee. | |
| 10/13/2014 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone call with Jason Parker. | |
| 10/20/2014 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Will McGee re: text from Jason Tindal. | |
| 10/26/2014 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Will McGee re: status of case. | |
| 11/06/2014 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Kevin Jent re: draft collective action complaint and | |
| | | additional information needed from plaintiffs. | |
| 11/17/2014 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email Kevin re: word version of draft complaint.  Review and revise draft | |
| | | complaint. | |
| 11/18/2014 | DSE | 1173/ First Response Ambulance Service | 1.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Continue revising draft complaint.  Email revised complaint to Rocco and | |
| | | Kevin.  Email RWS re: complaint status. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 11/20/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email from Rocco re: filing complaint.  Review filed Complaint.  Email to<br>and from Rocco and Kevin re: case filing.  Email Rocco and Kevin re:<br>Consent to Join forms and contacting named plaintiffs.  Email from Karen<br>Allen re: consent to join form. | 1.30 |
| 11/21/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review court notices re: filing fee and summons issues to all defendants. | 0.20 |
| 11/23/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Draft and send email to clients re: complaint being filed and moving<br>forward. | 0.70 |
| 11/24/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Telephone call with Jason Parker re: service of Defendants and Will<br>McGee and Maisie made to wash ambulances. | 1.20 |
| 11/22/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Text messages from Jason Parker re: employees who filed lawsuit being<br>made to wash ambulances. | 0.30 |
| 11/25/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Telephone conversation with Maisie Slaughter re: working the previous<br>weekend, being made to wash ambulances and her conversation with David<br>Childers.  Email Rocco, Rex and Kevin re: notes from my conversations<br>with Jason and Maisie. | 1.70 |
| 12/06/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email from Carrie Borden re: mailing consent to join form. | 0.10 |
| 12/02/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review notice from CM/ECF re: summons returned executed by all<br>defendants.  Answer due 12/15/2014. | 0.10 |
| 12/15/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Buffy Dulaney re: scheduling call.  Telephone<br>conversation with Buffy. | 1.20 |
| 12/16/2014 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review motion to dismiss, brief in support of motion to dismiss, and<br>motion to stay filed by Defendants.  Review Order entered by Judge<br>Johnson re: opposition to motion to dismiss.  Email between Rocco, Kevin<br>and Rex re: discuss dividing up work to oppose MTD.  Draft and send<br>letter to clients re: consent to join form  with self-addressed stamped<br>envelope. | 2.50 |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 12/18/2014 | DSE | 1173/ First Response Ambulance Service | 1.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone call with Jason Parker re: consent to join form.  Conference call with Rocco and Kevin re: opposition to MTD and amending complaint.  Email Rex re: amending complaint.  Telephone conversation with Rex re: amending complaint.  Email to and from Rocco re: areas to amend complaint. | |
| 12/19/2014 | DSE | 1173/ First Response Ambulance Service | 1.25 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Revise list of issue to amend complaint.  Send revised list to Rocco and Kevin.  Email to and from, Jason Parker re: case status, copy of answer.  Email to and from Buffy Dulaney re: case status and copy of answer. | |
| 12/22/2014 | DSE | 1173/ First Response Ambulance Service | 1.65 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review completed consent to join forms from Buffy and Carrie.  Email to and from Jason Parker re: copy of motion to dismiss.  Email to and from Buffy re: copy of motion to dismiss.  Email to and from Rocco and Kevin re: filing and redacting signed consent to join forms.  Draft and send letter to all clients re:  meeting in Decatur re: Jan. 7th. | |
| 12/23/2014 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Buffy re: FRAS not approving her affiliation. | |
| 12/29/2014 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Rocco and Kevin re: any help needed with Amended Complaint.  Email from Buffy re: FRAS rejecting her affiliation. | |
| 12/30/2014 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: help with Amended Complaint.  Review Amended Complaint.  Review response to MTD. | |
| 01/01/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Carolyn England re: meeting on Jan. 7th. | |
| 01/02/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First voicemail from Ashley Bradford.  voicemail from Carrie Borden. | |
| 01/03/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Carrie Borden re: meeting on Jan. 7th. | |
| 01/05/2015 | DSE | 1173/ First Response Ambulance Service | 2.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Rocco and Kevin re: meeting time on Jan. 7th.  Telephone conversation with Kevin re: conflicts that have come up on Jan 7th and reschedule date.  Review Order entered by Judge Johnson re: MTD and Amended Complaint.  Email Rex re: reschedule date.  Email from Buffy re: time for Jan. 7th meeting.  Email Buffy re: conflict for Jan. 7th.  Draft and send email to  all clients re: conflict on Jan. 7th and rescheduling date of Jan. 21st.  Telephone call with Will McGee re: being taken off of the schedule for the past 6 weeks and filing unemployment benefits. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 01/06/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Rocco and Kevin re: Will McGee.  Work with Tressy re: FRAS | |
| | | Plaintiff email group. | |
| 01/07/2015 | DSE | 1173/ First Response Ambulance Service | 3.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone call with Maisie Slaughter re: David Childers offering her trip to | |
| | | get out of the case. Telephone call with Ashley Bradford re: joining case. | |
| | | Telephone conversation with Ben McBride and his wife Lisa joining case. | |
| | | Draft and send engagement letters and consent to join forms to Ashley | |
| | | Bradford and Ben and Lisa McBride.  Send email update to Rocco and | |
| | | Kevin. | |
| 01/12/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review 2nd partial MTD, brief in support of 2nd partial MTD and motion | |
| | | to stay filed by defendants.  Email to and from Rex re: 2nd MTD. | |
| 01/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review Order entered by Judge Johnson grating equitable tolling MTD and | |
| | | finding motion to stay moot.  Review Order entered by Judge Johnson | |
| | | setting trial date and pretrial conference. | |
| 01/16/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone with Buffy Dulaney re: affiliation rejection by FRAS and taking | |
| | | her off of the schedule and roster. | |
| 01/20/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rex re: meeting tomorrow.  Email all clients reminding | |
| | | them of meeting on Jan. 21st in Decatur.  Email to and from Rocco | |
| | | confirming meeting on Jan. 21st in Decatur. | |
| 01/21/2015 | DSE | 1173/ First Response Ambulance Service | 7.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Travel to Decatur.  Meet with clients, Buffy, Maisie, Carolyn and Carrie. | |
| | | Meet with new plaintiffs Chris Rayford, Allen Peppers, John Blankenship, | |
| | | Katie Bryan, Chris Greene.  Return to Birmingham. | |
| 01/22/2015 | DSE | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone call with Meredith Cook re: joining lawsuit.  Telephone | |
| | | conversation with Will Messman re: joining lawsuit.  Email from AJ | |
| | | Castelli re: joining lawsuit.  Email Rocco., Rex, and Kevin re: new | |
| | | plaintiffs. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 01/23/2015 | DSE | 1173/ First Response Ambulance Service | 5.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Buffy Dulaney re: affiliation rejection and being taken off roster.  Email to Kevin, and Rocco re: Buffy.  Telephone conversation with AJ Castelli re: joining lawsuit.  Draft and send engagement letters to John Blankenship, Chris Rayford, Katie Bryan, Allen Peppers, Chris Greene, Meredith Cook, Will Messman, AJ Castelli.  File consent to join forms for Buffy Dulaney, Carolyn England, Carrie Borden, Chris Greene, Chris Rayford, Jason Parker, John Blankenship, Katie Bryan, Maisie Slaughter, Richard Peppers, Will McGee. | |
| 01/24/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Buffy. | |
| 01/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First File consent to join forms for Lisa and Ben McBride.  Email all signed consent form to Karen Allen for spreadsheet.  Email from Buffy re: affiliation issues. | |
| 01/27/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Filed consent to join forms for Ashley Bradford and AJ Castelli.  Review Answer to Amended Complaint filed by Defendants. | |
| 01/29/2015 | DSE | 1173/ First Response Ambulance Service | 1.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversation with Tonya Collins re: joining lawsuit.  Draft and send engagement letter and consent to join form to Tonya Collins. | |
| 01/30/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Rocco, Rex and Kevin re: Tonya Collins. | |
| 02/05/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Chris Rayford re: signed engagement letter. | |
| 02/11/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Rocco, Kevin and Rex re: motion to conditionally certify and declaration of plaintiffs.  Email from Kevin re: draft declaration for paramedics. | |
| 02/12/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First voicemail from Rocco re: declarations. | |
| 02/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Kevin re: draft EMT declaration. | |
| 02/17/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conference with Rocco and Kevin re: declarations from plaintiffs. Email Rocco and Kevin re: division of plaintiffs to contact for declarations. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 02/18/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Rocco and Kevin re: revised declarations. | |
| 02/19/2015 | DSE | 1173/ First Response Ambulance Service | 6.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversations with Carrie Borden, Carolyn England, Lisa McBride, Ben McBride, Will McGee and Maisie Slaughter re: Declarations to sign.  Draft and send letter and declaration forms to Carrie, Carolyn, Lisa, Ben, Will and Maisie.  Email Rocco and Kevin re: mailing declaration to clients. | |
| 02/21/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Leave voicemail for Jason Parker.  Email declaration form to Jason Parker. | |
| 02/23/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Emails to and from Carolyn England re: declaration form. | |
| 02/20/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversation with Buffy Dulaney re: declaration form.  Draft and send letter and declaration form to Buffy. | |
| 02/24/2015 | DSE | 1173/ First Response Ambulance Service | 3.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Conversation with Rocco re: Facebook page, social media.  Draft and send email to all clients re: Facebook, public comments and social media. | |
| 02/25/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Conversation with Rex re: Jason Parker declaration form.  Email Rex re: Parker declaration.  Telephone conversation with Maisie. | |
| 02/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Maisie confirming receipt of social media email.  Email to and from Carolyn England re: receipt of her signed declaration form. | |
| 02/27/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Allen Peppers re: withdrawing from lawsuit.  Email Rocco, Rex and Kevin re: email from Peppers and my concerns about Childers and Tindal.  Telephone call with Allen Peppers. | |
| 03/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review signed declaration forms from Carolyn, Carrie, Maisie and Buffy.  Email signed declaration to Rocco and Kevin to attached to motion to conditionally certify case as collective action. | |
| 03/06/2015 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review draft Notice Brief sent by Kevin. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 03/09/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Allen Peppers.  Telephone conversation with Allen Peppers. Email Rocco, Kevin and Rex re: conversation with Allen Peppers.  Review signed declaration of Jason Parker. | |
| 03/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Will McGee's signed declaration.  Email Will's declaration to Rocco and Kevin. | |
| 03/17/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Defendants' report regarding Rule 26 meeting along with Exhibits A-C filed by Defendants. | |
| 03/18/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review notice by Rocco re: Rule 26 meeting filed with the court. | |
| 03/19/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Motion to conditionally certify case and Brief in support filed by Rocco with the court. | |
| 03/23/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Rule 26 meeting report filed by Rocco. | |
| 03/24/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Order entered by Judge Johnson re: motion to conditionally certify. Email Ben and Lisa McBride re: receipt of declarations and documents. Review documents received from McBrides. | |
| 03/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversation with Aileen Corrales re: joining lawsuit.  Draft and send engagement letter and consent to join form to Aileen.  Email Rex, Rocco and Kevin re: Aileen. | |
| 03/27/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Christine Rice re: joining lawsuit. | |
| 03/30/2015 | DSE | 1173/ First Response Ambulance Service | 1.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone call with Ashley Bradford.  Email from Ashley re: Overtime poster. Email Rocco, Kevin and Rex re: overtime poster.   Telephone call with Christine Rice re: joining lawsuit.  Draft and send engagement letter and consent to join form to Christine Rice.  Email to and from Rocco re: having a call. | |
| 04/03/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Buffy re: status of case. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 04/14/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review opposition to motion to conditionally certify filed by Defendants.<br>Review defendants initial disclosures served by Defendants. | 1.00 |
| 04/15/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email from Rocco re: reply brief.  Review Order entered by Judge Johnson<br>re: reply brief.  Email from Karen Allen re: Plaintiffs' initial disclosures. | 0.50 |
| 04/16/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>File consent to join forms for Aileen Corrales and Christine Rice. | 0.40 |
| 04/17/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review letter from Rocco to Canupp re: Defendants' initial disclosures. | 0.30 |
| 04/23/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Emails to and from Rocco and David re: initial disclosure information.<br>Email to and from Rocco re: Rule 26 information. | 0.50 |
| 04/26/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Buffy re: newspaper article about FRAS.  Forward<br>article to Rocco, Kevin and Rex. | 0.30 |
| 04/27/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email between Rocco and Rex re: Defendants' initial disclosures.  Review<br>Motion to partially suspend Rule 26 obligations filed by Defendants. | 0.50 |
| 04/28/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review Order entered by Judge Johnson denying Defendants' motion.<br>Review Defendants' supplement initial disclosures.  Review notice filed by<br>Defendants.  Telephone call with Rocco. | 0.70 |
| 04/29/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Kevin re: Allen Peppers dismissal.  Review notice of<br>dismissal of Peppers filed with the court.  Review Reply Brief filed with the<br>court. | 0.80 |
| 04/30/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review article about FRAS in Decatur Daily. | 0.30 |
| 05/06/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review Order granting motion to conditionally certify entered by Judge<br>Johnson.  Phone call with Rocco and Kevin re: Order.  Discussion with Rex<br>re: Order. | 1.50 |
| 05/08/2015 | DSE | 1173/ First Response Ambulance Service<br>Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email between Rocco and Canupp re: employee list for notice. | 0.40 |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 05/12/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review current and former employee list received from Defendants. | |
| 10/19/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversation with Grace Lindsey re: mediation. | |
| 10/20/2015 | DSE | 1173/ First Response Ambulance Service | 9.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Travel to Huntsville.  Attend mediation with Harold Stephens.  Return to Birmingham. | |
| 10/21/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Draft and send email to all plaintiffs re: mediation.  Email to and from Tonya Collins re: withdrawal from lawsuit.  Discussion with Rex re: Tonya Collins and mediation. | |
| 10/23/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Will McGee re: mediation. | |
| 05/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversation with Jason Parker re: cases status and notice being sent out | |
| 05/14/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: call from reporter | |
| 05/15/2015 | DSE | 1173/ First Response Ambulance Service | 3.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone conversation with Amanda Henderson re: joining lawsuit.  Draft and send engagement letter and consent to join form to Amanda.  Emails to and from Maisie Slaughter re: Charlie Adcock  wanting to join the case.  Telephone conversation with Charlie Adcock re: joining lawsuit.  Draft and send engagement letter and consent to join form to Charlie.  File signed consent to join forms for Meredith Cook, Jenny Jacobson and Amanda Henderson | |
| 05/18/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Amanda Henderson. | |
| 05/20/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Consent to Join filed by William Messina, Kamee Morgan | |
| 05/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Consent to Join filed by Mallory Kirby | |
| 05/27/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First File Consent to Join form for Charles Adcox | |
| 05/29/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Consent to Join filed by Kimberly Holt | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 06/02/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Review Consent to Join filed by Adam Hyfield, Jeffrey Brian Thompson,
Keith Evan Bishop.  Review Order reassigning case to Judge Hopkins.
Call with Rocco and Kevin re: reassignment to Judge Hopkins.

| 06/03/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Review Consent to Join filed by Russell C. Van Benthuysen.   Review
Uniform Initial Order entered by Judge Hopkins.  Review Order regarding
Rule 7.1 entered by Judge Hopkins.

| 06/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Review Corporate Disclosure Statement filed by Defendants.  Discussion
with Rex re: corporate disclosure statement.  Review Consent to Join filed
by Ian Strader.

| 06/05/2015 | DSE | 1173/ First Response Ambulance Service | 1.40 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Telephone conversation with Joseph Clarke re: questions he had about
joining the case.  Email to and from Joseph re: copy of Amended
Complaint.  Telephone conversation with Rocco re: letter to new opt-ins.
Review letter sent by Rocco to new opt-in plaintiffs.  Review Order entered
by Judge Hopkins resetting all deadlines.

| 06/11/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email to and from Amanda Henderson re: having to pay Childers and
Tindal's attorney fees.

| 06/15/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email from Ben McBride re: getting out of lawsuit.  Email to and from
Rocco re: email from Ben and being told by opt-in same thing.  Schedule
call with Rocco.

| 06/16/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Telephone call with Rocco re: people being made to withdraw.

| 06/18/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email re: Grace Lindsey consent to join form.

| 06/23/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email to and from Kevin re: scheduling a meeting in Decatur.

| 06/24/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
File Consent to Join form for Grace Lindsey.  Review motion to strike filed
by Defendants.  Review letter sent by David Canupp.  Email from Buffy re:
case status.  Review Decatur Daily article about FRAS.

| 06/25/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email to and from Kevin re: scheduling a meeting in Decatur.  Email to and
from Buffy re: case status and people quitting FRAS.

# Guin, Stokes & Evans, LLC
# Fee Application

| | | | |
|---|---|---|---|
| 06/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Karen Allen re: Decatur meeting schedule.  Email to and<br>from Jason Parker re: case update. | |
| 06/27/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Jason Parker re: case update. | |
| 06/29/2015 | DSE | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Karen Allen: Decatur meeting schedule.  Email Ben<br>McBride re: meeting in Decatur.  Telephone conversation with Ben<br>McBride: being pressure to withdraw from lawsuit.  Email Ben re:<br>confirming that he did not want to withdraw from lawsuit.  Email Rex,<br>Rocco and Kevin re: conversation with Ben McBride.  Review Order to<br>show cause entered by Judge Hopkins.  Telephone conversation with Adam<br>Hyfield re: meeting in Decatur.  Email to and from Adam re: meeting in<br>Decatur.  Email to and from Kevin re: conversation with Adam Hyfield. | |
| 06/30/2015 | DSE | 1173/ First Response Ambulance Service | 7.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Travel to Decatur.  Meet with Kamee Morgan and Russell Van Benthuysen.<br>Return the Birmingham.  Email from Kamee Morgan re: FRAS accountant.<br>Review emails between Rocco and Michael Rich re: party planning<br>meeting.  Email to and from Adam Hyfeld re: unable to meet in Decatur. | |
| 07/01/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Telephone conversation with Adam Hyfeld.  Draft and send engagement<br>letter to Adam.  Email from Adam re: signed engagement letter. | |
| 07/02/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review Order requiring joint status report entered by Judge Hopkins. | |
| 07/09/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Telephone call with Joseph Clarke. | |
| 07/10/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email to and from Kevin re: Grace Lindsey. | |
| 07/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review opposition to motion to strike filed by Kevin. | |
| 07/20/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Email from Amanda Henderson re: new phone number. | |
| 07/21/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First<br>Review Order denying motion to strike.  Review Rule 26 meeting report<br>filed by David Canupp. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 07/30/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review email between Rocco and David Canupp re: payroll information. | |
| 07/31/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review email between Rocco and David Canupp re: Joint Status Report; | |
| | | Rule 26 disclosure.  Review Joint Status Report field by Defendants. | |
| 08/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Buffy re: case update | |
| 08/10/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review Order referring case to mediation entered by Judge Hopkins. | |
| | | Telephone call with Rocco re: mediation. | |
| 08/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Christine Rice re: case update. | |
| 08/14/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review payroll records received from Defendants.  Email to and from | |
| | | Rocco re: setting up a call. | |
| 08/17/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Conference call with Rocco, Kevin and Rex re: mediation, case status. | |
| 08/19/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review email from Rocco to Canupp re: missing payroll data.  Draft and | |
| | | send email all plaintiffs re: case status and mediation. | |
| 08/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: missing payroll data.  Telephone call with | |
| | | Rocco re: Harold Stephens as mediator.   Review Notice of selection of | |
| | | mediator filed by Defendants. | |
| 08/31/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: mediation dates. | |
| 09/01/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: mediation date. | |
| 09/02/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: mediation date. | |
| 09/03/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: Oct. 20 mediation date. | |
| 09/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review letter received from Harold Stephens re: mediation. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 09/08/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Joint motion to extend time for mediation.  Review Order granting motion to extend time for mediation and setting joint status report deadline. | |
| 09/09/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Court notice resetting mediation deadline. | |
| 09/10/2015 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review letter from Rich and Defendants' supplemental document production. | |
| 09/22/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone call with Rocco re: meeting with plaintiffs prior to mediation on 10/15 in Decatur, mediation strategy. | |
| 09/28/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Draft and send email to all plaintiffs re: mediation scheduled for Oct. 20 and meeting with everyone on 10/15.  Email from Buffy re: attending meeting.  Email from Carolyn England re: attending meeting. | |
| 09/29/2015 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Jason Parker re: attending meeting.  Send email to additional plaintiffs re: meeting on 10/15 and mediation.  Email from AJ Castelli re: attending meeting.  Email from Kim Holt re: participating on conference call. | |
| 10/01/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Adam Hyfeld re: attending meeting.  Email from Aileen Corrales re: attending meeting.  Email from Ashley Bradford re: meeting and continued retaliation. | |
| 10/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Amanda Henderson re: participating on conference call. | |
| 10/06/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Joseph Clarke re: attending meeting. | |
| 10/09/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Rocco re: mediation position statement. | |
| 10/12/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Carrie Borden re: attending meeting; Email to and from Karen Allen & Rocco re: non-responsive plaintiffs.  Email from Chris Rayford re: participating on conference call. | |
| 10/13/2015 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Karen Allen re: setting up conference call for 10/16 at 10 am | |

# Guin, Stokes & Evans, LLC
# Fee Application

| | | | |
|---|---|---|---|
| 10/14/2015 | DSE | 1173/ First Response Ambulance Service | 3.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: damage calculations from expert.  Review | |
| | | email from Karen Allen to all non-responsive plaintiffs re: meeting and | |
| | | conference call.  Review damage models from expert.  Review Amended | |
| | | Answer filed by Defendants.  Prepare for meeting with plaintiffs on 10/15. | |
| | | Email from Christine Rice re: attending meeting. | |
| 10/15/2015 | DSE | 1173/ First Response Ambulance Service | 9.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Travel to Decatur.  Meet with plaintiffs re: mediation.  Meet with Rex, | |
| | | Rocco and Kevin re: mediation strategy and damage calculations.  Return | |
| | | to Birmingham.  Telephone conversation with Rex re: Morgan County and | |
| | | obtaining financials from Julian Butler.  Review and revise mediation | |
| | | position statement.  Email from Lisa McBride re: participating on | |
| | | conference call.  Email from Carrie Borden re: participating on conference | |
| | | call.  Email from Adam Hyfeld re: participating on conference call.  Email | |
| | | Lisa, Carrie and Adam conference call information. Email all plaintiffs re: | |
| | | conference call.  Email from Keith Bishop re: conference call. | |
| 10/16/2015 | DSE | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Continue revising mediation position statement.  Email to and from Rocco | |
| | | re: mediation position statement.  Conference all with Rocco, Kevin and | |
| | | plaintiffs re: mediation.  Email to and from Charlie Adcox re: not receiving | |
| | | last paycheck.  Email to and from Buffy re: speaking prior to mediation. | |
| | | Email to and from Adam Hyfeld re: speaking on Monday.  Review final | |
| | | mediation position statement sent to Harold Stephens. | |
| 10/18/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email Buffy re: speaking on Monday. | |
| 10/19/2015 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Buffy re: mediation.  Telephone conversation | |
| | | with Maisie re: mediation.  Telephone conversation with Adam Hyfeld re: | |
| | | mediation. | |
| 10/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: hearing from mediator.  Email all plaintiffs re: | |
| | | update on mediation. | |
| 10/27/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco : not settlement.  Email all plaintiffs re: mediation | |
| | | update.  Email from Will McGee re: mediation. | |
| 10/28/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 10/30/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Rocco re: Harold Stephens, mediation and | |
| | | strategy moving forward.  Review draft joint status report.  Review joint | |
| | | status report filed into court.  Email between Rocco and David Canupp re: | |
| | | joint status report. | |
| 01/14/2016 | DSE | 1173/ First Response Ambulance Service | 1.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Conference call with Rocco, Kevin and Rex re: MSJ, plaintiff declarations, | |
| | | protective order and meeting with clients.  Email Addie Hyfield, Chris | |
| | | Greene, Maizie Slaughter and Ben McBride.  Telephone call with Addie | |
| | | Hyfield re: meeting on Jan. 21st at 10am. | |
| 01/13/2016 | DSE | 1173/ First Response Ambulance Service | 2.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone call with Addie Hyfield re: David Childers offering him $ to | |
| | | withdraw from case.  Discussion with Rex re: Hyfield conversation.  Email | |
| | | Rocco and Kevin.  Telephone conversation with Kevin re: Hyfield | |
| | | conversation and MSJ.  Email Addie re: confirming he wants to remain in | |
| | | lawsuit. | |
| 01/15/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone call with Chris Greene re: meeting on Jan. 21st at 11:30 am. | |
| | | Email from Rocco re: protective orders.  Telephone call with Rocco re: | |
| | | protective order, meeting with clients, declarations for MSJ.  Email among | |
| | | counsel re: meeting with Addie and Chris on 1/21. | |
| 01/25/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Draft and send Irogs, RFP and RFA to clients.  Email from AJ Castelli and | |
| | | Buffy Dulaney. | |
| 01/05/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Ben McBride.  Telephone conversation with Ben McBride re: | |
| | | case status and him remaining in case. | |
| 01/06/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Addie Hyfield re: getting out of lawsuit.  Email Rocco, | |
| | | Kevin and Rex re: 2 clients emailing about getting out of the case. | |
| 01/07/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Addie Hyfield re: scheduling time to talk about case and | |
| | | him staying in case. | |
| 01/08/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Addie Hyfield re: withdrawing from case. | |
| 01/18/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Draft and send email to Joseph Clarke re: case status.  Draft and send email | |
| | | to all plaintiffs re: case status.  Email Maisie Slaughter and Ben McBride | |
| | | re: meeting on Thursday 1/21. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 01/19/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Karen Allen re: meeting location for 1/21. Review | |
| | | Irogs, RFP and RFA served by Defendants. | |
| 01/20/2016 | DSE | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Karen Allen re: declarations. Email to and from Addie | |
| | | Hyfield re: confirming meeting time and location. Email TAW re: | |
| | | calendaring discovery responses. Draft declaration for Addie Hyfield re: | |
| | | protective order. Email draft declaration to Rocco, Kevin and Rex. Email | |
| | | Chris Green re: time and location for meeting on 1/21. Email Maisie | |
| | | Slaughter and Ben McBride re: meeting on 1/21. | |
| 01/21/2016 | DSE | 1173/ First Response Ambulance Service | 7.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Travel to Decatur. Meet with Addie Hyfield. Meet with Chris Greene. | |
| | | Try to reach Maisie Slaughter and Ben McBride re: meeting. Email to and | |
| | | from Karen Allen re: discovery requests. Email to and from TAW re: | |
| | | trying to reach Maisie and Ben. | |
| 01/22/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Begin research re: protective order. | |
| 02/06/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Christine Rice re: questions about discovery responses. | |
| 02/11/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review email from Mallory Kirby. Email from KA re: email from Mallory | |
| | | Kirby. | |
| 11/02/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review Order from Judge Hopkins, setting amended Rule 26 report | |
| | | deadline. | |
| 11/05/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco to David Canupp re: Rule 26 report. Email from Rocco | |
| | | re: name of plaintiff who worked in the office of FRAS. | |
| 11/06/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from TAW re: call from Jeffrey Thomson. | |
| 11/10/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Jason Parker re: status. | |
| 11/17/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Rocco re: Kamee Morgan's information. | |
| 12/01/2015 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Jason Parker re: case update. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 12/02/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review email from TAW to KA re: updated plaintiff list. | |
| 12/01/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Rocco and Kevin re: MSJ update and declarations. | |
| 12/04/2015 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Kevin re: call on MSJ.  Call with Rocco and Kevin re: | |
| | | MSJ and declarations | |
| 12/09/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Kevin re: MSJ and draft declaration.  Review draft declaration. | |
| 12/11/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Buffy Dulaney re: case update. | |
| 12/14/2015 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Buffy Dulaney re: case update. | |
| 10/26/2015 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Draft and send case update email to all clients. | |
| 02/10/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from TAW re: discovery requests. | |
| 02/17/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from KA re: contacting Mallory Kirby. | |
| 02/18/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: discovery responses.  Email to and from | |
| | | David Canupp re: 3 week extension for discovery responses. | |
| 02/18/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone conversation with Meredith Cook.  Email from Meredith Cook | |
| | | re: MSJ declaration. | |
| 02/23/2016 | DSE | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email Ben McBride, Lisa McBride, Tonya Collins re: meeting in Decatur | |
| | | this week.  Telephone conversation with Maizie Slaughter re: meeting in | |
| | | Decatur this week.  Telephone call with Lisa McBride re: meeting in | |
| | | Decatur.  Leave voicemail for Ben McBride.  Attempted to call Tonya | |
| | | Collins.  Email Rocco re: meetings on Thursday and Friday.  Email from | |
| | | Joseph Clarke re: conference call.  Forward email to KA. | |
| 02/24/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email Maizie Slaughter re: meeting on 2/25.  Email Lisa McBride re: | |
| | | meeting on 2/25.  Email to and from Rocco re: meeting on Decatur on 2/25. | |
| | | Email to and from KA re: MSJ declarations. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 02/22/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Rocco, Kevin and KA the plaintiff split for discovery responses. Email to and from KA re: declarations needed from clients. | |
| 02/25/2016 | DSE | 1173/ First Response Ambulance Service | 6.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Travel to Decatur.  Meet with Lisa McBride.  Email to and from TAW re: contacting Maizie Slaughter and Tonya Collins.  Return to B'ham.  Emails from Lisa McBride re: check from Childers.  Email from Buffy Dulaney. | |
| 02/25/2016 | DSE | 1173/ First Response Ambulance Service | 6.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Travel to Decatur.  Meet with Lisa McBride.  Email from Lisa McBride re: check from FRAS.  Email to and from TAW re: contacting Maizie Slaughter and Tonya Collins.  Return to B'ham. | |
| 02/26/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Forward Meredith Cook's MSJ declaration to KA.  Email to Buffy Dulaney re: setting up a conference call to go over discovery responses. | |
| 02/29/2016 | DSE | 1173/ First Response Ambulance Service | 4.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review draft discovery requests to defendants.  Email from Chris Rayford re; discovery response conference call.  Forward email to KA.  Draft and send letters to Ben McBride, Maizie Slaughter and Tonya Collins via certified mail and email.  Email to and from Rocco re: letters to McBride, Slaughter and Collins.  Email from TAW re: conference calls with clients re: discovery responses.  Email to and from Buffy Dulaney re: attempts to contact her and setting up conference call. | |
| 02/19/2016 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Draft and send letter to all plaintiffs re: discovery requests from defendants. | |
| 02/16/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Joseph Clarke re: conference call.  Forward email to KA. | |
| 03/01/2016 | DSE | 1173/ First Response Ambulance Service | 7.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Rocco, Kevin and Rex re: Tonya Collins withdrawal.  Call with Aileen Corrales re: discovery responses.  Call with Grace Lindsey re: discovery responses.  Call with Will McGee re: discovery responses.  Email to and from KA re: Grace Lindsey's MSJ declaration.  Call with Meredith Cook re; discovery responses.  Email to and from KA re: Will McGee's MSJ declaration.  Review Plaintiffs' discovery requests served on Defendants. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 03/02/2016 | DSE | 1173/ First Response Ambulance Service | 7.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Call with AJ Castelli re: discovery responses. Call with Kamee Morgan re:
discovery responses. Call with Buffy Dulaney re: discovery responses.
Email to and from TAW re: contacting Amanda Henderson. Email Carrie
Borden re; discovery responses. Email Carolyn England re: discovery
responses. Email to and from Carrie Borden re: withdrawal from case.
Email to and from Rocco and Kevin re: withdrawing clients. Email Jason
Parker re: discovery responses. Email from TAW re: call with Parker on
Sunday.

| 03/03/2016 | DSE | 1173/ First Response Ambulance Service | 5.00 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Call with Chris Greene re: discovery responses. Call with Addie Hyfield
re: discovery responses. Email from KA re: Ashley Bradford and Tonya
Collins. Draft and file Notice of Dismissal of Tonya Collins and Ashley
Bradford. Forward dismissal filings to Bradford and Collins. Email Rocco
re: meeting in Decatur on Monday. Email from KA re: confirming meeting
room.

| 03/04/2016 | DSE | 1173/ First Response Ambulance Service | 2.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email from KA re: Christine Rice new phone number and address. Email
from KA re: Mallory Kirby. Email from KA re: Rocco not going to
Decatur on Monday. Email to and from KA re: objections to the discovery
requests. Attempt to contact Amanda Henderson. Email to and from
Amanda re: call on Tuesday. Mail discovery requests to Amanda.

| 03/05/2016 | DSE | 1173/ First Response Ambulance Service | 6.00 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Begin drafting objections to Defendants' interrogatories and requests for
production.

| 03/06/2016 | DSE | 1173/ First Response Ambulance Service | 8.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Continue drafting objections to discovery requests. Call with Jason Parker
re: discovery responses. Draft answers to interrogatories for Chris Greene,
Addie Hyfield, Meredith Cook, Aileen Corrales, Carolyn England, Grace
Lindsey, Email Rocco, Kevin and KA objections and draft answers to
interrogeatories.

| 03/07/2016 | DSE | 1173/ First Response Ambulance Service | 9.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Travel to Decatur. Meet with Carolyn England, Aileen Corrales and Chris
Greene re: answers to Irogs. Return to B'ham. Email from KA re: new
address for Kathryn Bryan. Draft answers to Irogs for Will McGee, Jason
Parker and Lisa McBride. Email draft answers to Rocco, Kevin and KA.
Email Rocco and Kevin re: draft responses to RFP.

# Guin, Stokes & Evans, LLC
## Fee Application

| 03/08/2016 | DSE | 1173/ First Response Ambulance Service | 9.00 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email TAW re: following up with plaintiffs re: Irog answers.  Email to and
from KA re: John Blankenship. Review Order entered by Judge Hopkins
re: notices of dismissal of Collins and Bradford.  Email from KA re: Jeff
Thompson's irog answers related to Jason Parker.  Draft objections and
responses to Defendants' RFP to Plaintiffs.  Email draft responses to RFP
to Rocco, Kevin and Rex.  Email to and from Rocco re: responses to RFP
and RFA.  Review emails for client docs.  Forward docs to TAW.  Email
from  and to KA re: client docs that GSE has.  Attempt to reach Amanda
Henderson.  Email to and from Amanda.  Email to and from KA re: Russ
Van Benthuysen.  Email to and from Jason Parker re: irog answers.
Telephone call with Grace Lindsey re: irog answers.  Email Grace re:
mailing signature page.  Email to and from KA re: John Blankenship's new
address.  Email to and from Amanda Henderson re: needing to speak with
her.  Review Show Cause Order entered by Judge Hopkins.  Email to and
from KA re: paystubs.  Email to and from KA re: Russ Van Benthuysen.
Draft and send objections and responses to RFP to Rocco, Kevin and Rex.
Email to and from KA re: Jeffrey Thompson.  Email from TAW re:
Meredith cook.  Email to and from Buffy Dulaney re: revisions to irog
answers.  Revise Dulaney's irog answers and resend to client.  Email to
Rocco, Kevin and Rex re: responses to RFA.  Email to KA re: client docs
that GSE has.

| 03/03/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email to and from Amanda Henderson re: discovery responses.  Revise
Henderson's discovery responses.

| 03/09/2016 | DSE | 1173/ First Response Ambulance Service | 9.00 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Call with Amanda Henderson re: answers to irogs.  Call with KA re:
Jacobson, Messina, Holt.  Attempt to contact Jacobson, Messina and Holt.
Email to and from KA re: Amanda Henderson's MSJ declaration.  Review
Meredith Cook's calendar.  Email to TAW for production.  Review emails
from Lisa McBride.  Review Buffy Dulaney emails.  Review emails from
Amanda Henderson.  Call with Meredith Cook re: revisions to irog
answers.  Email revised irog answers to Meredith Cook.  Email from KA
re: Holt.  Draft response to RFA for Addie Hyfield.  Email draft RFA
response to Rocco, Kevin and Rex.  Email to and from Amanda Henderson
re: signature pages.

# Guin, Stokes & Evans, LLC
# Fee Application

| 03/10/2016 | DSE | 1173/ First Response Ambulance Service | 8.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Finalize and serve responses to defendants' discovery requests.  Draft
response to RFA.  Email to and from Amanda Henderson re: signature
pages.  Email to and from TAW re: proofing discovery responses.  Email to
and from Buffy Dulaney re; signature page.  Email TAW re: signature
pages for England, Corrales, Greene.  Email to and from KA re: RFA
response by Russ Van Benthuysen.  Draft and file notice of dismissal for
Ben McBride, Carrie Borden, Maizie Slaughter. Mallory Kirby.  Forward
filing to withdrawing plaintiffs.  Email finalized response to RFA to KA.
Email to and from Kamee Morgan re: signature page.  Email finalized
response to RFP to KA.  Email signed irog answers to KA.  Email unsigned
irog answers to KA.  Review 4 emails sent by KA.

| 03/11/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Review email from KA re: irog answers for Joseph Clark and Christine
Rice.

| 03/13/2016 | DSE | 1173/ First Response Ambulance Service | 5.00 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Draft and send draft irog answers to Grace Lindsey, and Lisa McBride.
Draft and send interrogatory answers to Will McGee, Grace Lindsey, AJ
Castelli, Addie Hyfield, Lisa McBride,  Email to and from AJ Castelli re:
signing irog answers.

| 06/06/2016 | DSE | 1173/ First Response Ambulance Service | 13.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Travel to Huntsville.  Attend deposition of David Childers.  Return to
Birmingham.

| 06/20/2016 | DSE | 1173/ First Response Ambulance Service | 9.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Travel to Huntsville.  Attend deposition of Jason Tindal.  Return to
Birmingham.

| 03/14/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email to and from Will McGee re: irog answers  Review signed declaration
pages from Jason Parker and Amanda Henderson.  Email AJ Castelli's final
signed irog answers to Karen Allen.  Review email from Karen Allen to
David Canupp and Mike Rich re: Irog answers of Charles Adcox, AJ
Castelli, Chris Rayford, and Russell Van Benthuysen.

| 03/15/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email from and to Karen Allen re: signed declarations.  Review show cause
Order entered by Judge Hopkins.  Review email from Karen Allen to
defense counsel re: signed irog answers of Jeffrey Brian Thompson.

| 03/16/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
|---|---|---|---|

Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First
Email from and to Karen Allen re: declarations from Grace Lindsey, Will
McGee and Lisa McBride.

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 03/24/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Mike Rich re: extension of time for discovery responses. | |
| 03/25/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Rocco re: defense request for extension.  Email to and from Mike Rich re: 3 week extension for discovery responses.  Email from Addie Hyfield re: signed Irog answers. | |
| 03/28/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Addie Hyfield re: receipt of signed irog answers.  Review response to Order to Show Cause filed by Mike Rich.  Review signed irog answers from Grace Lindsey.  Email Grace Lindsey re: receipt of signed irog answers. | |
| 04/01/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review signed irog  answers from Lisa Warren McBride.  Email Karen Allen re: Grace Lindsey's signed irog answers.  Email to and from Will McGee re: irog answers. | |
| 04/04/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to Will McGee re: signed irog answers. | |
| 04/05/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Order dismissing Carrie Borden, Maisie Slaughter, Mallory Kirby, Tonya Collins, and Ashley Bradford without prejudice.  Review email from Karen Allen to defense counsel re: signed irogs answers of Adam Hyfield, Grace Lindsey and Lisa Warren McBride. | |
| 04/11/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to Will McGee re: irog answers.  Telephone call with Adam Hyfield. | |
| 04/17/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Lisa Warren McBride re; new email address. | |
| 04/19/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review signed irog answers from Will McGee.  Email McGee's signed irog answers to Karen Allen.  Review email from Karen Allen to defense counsel re: McGee's signed irog answers. | |
| 04/21/2016 | DSE | 1173/ First Response Ambulance Service | 1.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone call with Mike Rich re: discovery responses.  Email from and to Mike Rich re: discovery responses.  Email Rocco and Kevin re: conversation with Mike Rich.  Email from Canupp re: document production of defendants. | |
| 04/22/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Rocco re: meeting next week. | |

# Guin, Stokes & Evans, LLC
# Fee Application

| 04/25/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from and to Jeff Thomson re: update on status of case. Review email from Karen Allen to defense counsel re: signed irog answers of Ian Strader and Kathryn Bryan. | |
| 04/26/2016 | DSE | 1173/ First Response Ambulance Service | 3.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Meet with Rocco, Kevin and Karen re: case status.  Email from Karen Allen re: Strader docs.  Email Jason Parker re: FRAS discovery responses.  Email Chris Greene re: need to speak with him.  Call with Jason Parker re: FRAS discovery responses.  Call with Rocco re: call with Jason Parker. | |
| 05/02/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from and to Rocco re: defendants' lack of production of docs.  Review letter from Rocco to defense counsel re: lack of document production.  Email from David Canupp re: Rocco's letter and deposition dates. | |
| 05/05/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Rocco re: subpoenas. | |
| 05/09/2016 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Draft subpoena to Regions Bank.  Email draft subpoena to Rocco for review. | |
| 05/10/2016 | DSE | 1173/ First Response Ambulance Service | 3.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco re: Regions Bank Subpoena.  Email to and from Rocco re: article on FRAS and Childers.  Email from Rocco to Canupp re: deposition dates.  Email defense counsel subpoena to Regions Bank.  Email from Canupp re: June 6th deposition date.  Email from Rocco re: subpoenas to City of Decatur and Morgan County E911, Lawrence County and Lawrence County 911.  Email from Rocco to defense counsel re: subpoenas to City of Decatur and Morgan County E911, Lawrence County and Lawrence County 911.  Email from Canupp re: subpoenas.  Email from Canupp re: deposition locations.  Call with Mike Rich re: document production, deposition location.  Review email from Mike Rich re: document production | |
| 05/11/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review email from Rocco re: revised deposition notices. Review docs produced by FRAS.  Email docs to TAW. | |
| 05/12/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Canupp re: evidence FRAS paid off plaintiffs.  Email to and from Rocco re: email from Canupp.  Review Motion to Quash Regions Bank Subpoena filed by FRAS. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 05/16/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Order entered by Judge Hopkins re: motion to quash Regions Bank subpoena.  Email from Rocco re: meet and confer.  Call with Rocco re: meet and confer.  Review docs received in response to subpoena to Lawrence County 911. | |
| 05/17/2016 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco to Canupp re: meet and confer date.  Email from Rocco to Mike Rich re: FRAS' discovery responses and our request for supplementation.  Email to Rocco re: meet & confer.  Email between Rocco and Canupp re: meet and confer. | |
| 05/18/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Mike Rich re: FRAS's discovery response and request for supplementation. | |
| 05/23/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Rocco and Kevin re: scheduling call in relation to Canupp's email about settlement. | |
| 05/24/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: letter from Rich re: agreement on motion to quash subpoena.  Call with Rocco re: settlement and subpoenas. | |
| 05/25/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: docs from Morgan County.  Call with Rocco re: docs from Morgan County and modified subpoena.  Email from Rocco to Canupp re: modified subpoena. | |
| 05/26/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Draft modified subpoena to Regions Bank.  Email modified subpoena to Canupp and Rich. | |
| 05/27/2016 | DSE | 1173/ First Response Ambulance Service | 1.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Canupp re; revisions to modified subpoena to Regions Bank.  Draft and file withdrawal of original subpoena to Regions Bank.  Email Canupp and Rich finalized modified subpoena to Regions Bank.  Review withdrawal of motion to quash filed by FRAS.  Review Order re: motion to quash.  Review letter from Rich re: plaintiffs' request for supplementation of discovery responses. | |
| 05/31/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco to Canupp re: 5/27 letter.  Email from Canupp to Rocco re: 5/27 letter.  Email from Rich to Rocco re: FRAS supplemental response to RFP.  Email to Rocco re: protective order.  Email from Rich re: supplemental document production.  Review document production. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 06/01/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to TAW re: FRAS supplemental document production.  Email to and | |
| | | from Rocco re: client declarations.  Review client declarations and send to | |
| | | Rocco.  Email to Rocco re: Chris Greene.  Email Rocco re: fact timeline. | |
| | | Email from Rocco to Rich re: supplemental docs requested.  Email from | |
| | | TAW re: Regions Bank subpoena. | |
| 06/02/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from TAW re: Regions Bank's response to receipt to subpoena. | |
| | | Review revised deposition notices. | |
| 06/03/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Canupp re: request for native docs re: Lisa McBride.  Review | |
| | | letter from Rich re: offer of judgment. | |
| 06/07/2016 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco to Canupp re: follow up after Childers deposition and | |
| | | deposition dates.  Letter from Rich re: further document production. | |
| | | Review docs produced. | |
| 06/08/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rocco re: dismissed plaintiffs. | |
| 06/09/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email between Rocco and Canuup re; deposition dates. | |
| 06/13/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rich re: Tindal's deposition availability.  Email to Rocco re: | |
| | | finishing Childers before start Tindal.  Email to and from TAW re: time | |
| | | frame for Regions Bank subpoena.  Email from Rocco to Rich re: prefer to | |
| | | finish Childers before take Tindal. | |
| 06/14/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review revised depo notices for Tindal and Childers and 30(b)(6).  Email | |
| | | from Canupp re: depo notices.  Email to and from Rocco re: Canupp's | |
| | | response.  Email from Rocco to Canupp re: June 20th depo for Tindal. | |
| | | Email from Rocco to Canupp re: dates for Childers depo. | |
| 06/15/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Review letter from Canupp re: plaintiff depo dates.  Email Rocco re: | |
| | | attending Tindal depo.  Call with Regions Bank re: subpoena.  Email | |
| | | Jessica Sparks at Regions Bank re: subpoena.  Email from Canupp re: | |
| | | Childers depo on July 6th. | |
| 06/18/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Grace Lindsey re: status update. | |
| 06/20/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email between Rocco and Canupp re: Childers depo date. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 06/21/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Rich re: modifying Regions Bank subpoena in light of | |
| | | Tindal's testimony.  Email from Canupp re: modifying subpoena. | |
| 06/22/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco.  Call with Rocco. | |
| 06/23/2016 | DSE | 1173/ First Response Ambulance Service | 0.70 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Canupp re: plaintiff deposition dates.  Call with Rocco re: call | |
| | | with Canupp. | |
| 06/24/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Call from Regions Bank re: subpoena.  Email from Rocco re: Childers | |
| | | deposition notice for 7/27.  Email Regions Bank re: subpoena.  Review | |
| | | email from Rich re: supplemental document production. | |
| 06/27/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email Rocco re: docs need from Tindal deposition.  Call with Regions | |
| | | Bank re: subpoena.  Email to and from Rocco re: call with Regions Bank. | |
| | | Email Rocco re: GSE time and expense. | |
| 06/30/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Call with Regions Bank re: subpoena.  Email from Rocco to Mike re: | |
| | | outstanding documents.  Email from and to Rocco re: GSE time. | |
| 07/01/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Jessica Sparks at Regions Banks re: what they can produce. | |
| | | Email to and from Rocco and Kevin re: Regions Bank subpoena.  Email to | |
| | | and from Mike Rich re: Regions Bank subpoena. | |
| 07/02/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Amanda Henderson re: phone number change and name change | |
| | | to McElroy. | |
| 07/05/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Call with Mike Rich re: Regions Bank subpoena. | |
| 07/07/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Leave voicemail for Jessica Sparks at Regions Bank re: subpoena.  Email | |
| | | from Jessica.  Letter from Mike Rich re: deficiencies in initial disclosures | |
| | | and discovery responses. | |
| 07/11/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Buffy Dulaney re: case status and update. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 07/12/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Draft and send update email to all clients.  Email Ian Strader, Will McGee, | |
| | | AJ Castelli, John Blankenship, Will Messina, Buffy Dulaney, Charlie | |
| | | Adcox, Chris Greene, Jason Parker  Email from AJ Castelli re: deposition | |
| | | date. | |
| 07/13/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from TAW re: Charlie Adcox depo availability.  Email Rocco re; | |
| | | Adcox availability.  Email Rocco re: Castelli availability.  Email to and | |
| | | from Castelli re: depo availability.  Email from and to Jessica Sparkes with | |
| | | Regions Bank re: narrowed timeframe for subpoena.  Email from TAW re: | |
| | | Buffy Dulaney's depo availability.  Email Rocco re: Dulaney availability. | |
| 07/14/2016 | DSE | 1173/ First Response Ambulance Service | 0.90 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email with Rocco and Kevin re: conference call to discuss settlement, | |
| | | depos, docs.  Conference call with Rocco and Kevin.  Email from TAW re: | |
| | | Will McGee's depo availability.  Email Rocco re: McGee's availability. | |
| 07/15/2016 | DSE | 1173/ First Response Ambulance Service | 1.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Letter from Mike Rich re: docs produced.  Review docs produced. | |
| 07/19/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Call with Mike Rich re: plaintiffs depo dates.  Email to Canupp and Rich | |
| | | re: depo dates.  Email to TAW re: contacting plaintiffs who have not | |
| | | responded yet.  Email TAW re: docs produced on Friday. | |
| 07/20/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Jessica Sparks with Regions Bank re: subpoena. | |
| 07/25/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to and from Karen Allen re: Childers depo date.  Email Karen Allen | |
| | | re: contacting plaintiffs regarding depo availability.  Email Chris Greene re: | |
| | | depo availability.  Email Jason Parker re: depo availability.  Email to and | |
| | | from Jessica Sparks with Regions Bank re: subpoena. | |
| 07/26/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from and to Canupp re: Regions Bank subpoena.  Email from Karen | |
| | | Allen re: contacting plaintiffs.  Email with Canupp re: time limit for | |
| | | Childers  continued depo. | |
| 07/27/2016 | DSE | 1173/ First Response Ambulance Service | 0.90 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Rocco re: Childers continued depo.  Call with Rocco re: | |
| | | Childers continued depo.  Email from Karen Allen re: contacting plaintiffs | |
| | | for depo availability.  Letter from Canupp re: subpoena docs and McBride | |
| | | native docs. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 07/29/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Jason Parker re: depo availability. Email from Canupp re: his depo availability. | |
| 08/01/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Canupp and Rich re: their depo availability. | |
| 08/02/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Chris Greene re: depo availability. Email counsel re: Green's depo availability. Email from Canupp re: issuing depo notices. Email from Canupp re: retaliation claim stipulation. | |
| 08/03/2016 | DSE | 1173/ First Response Ambulance Service | 3.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email with Rocco re: retaliation claim stipulation. Call with Rocco re: retaliation claim stipulation. Email from Rich re: depo notices for Castelli, Dulaney, Adcox, Greene, Parker, McGee. Call with Rich re: depo notices and retaliation claims. Email to Rich re: depo notices and retaliation claims. Review motion to dismiss Ben McBride. Email Will McGee re: Aug 10 depo and depo prep meeting. Email to and from AJ Castelli re: Aug 10 depo and depo prep meeting. Email to and from Chris Greene re: Aug 10 depo and depo prep meeting. Email to and from Buffy Dulaney re: Aug 15 depo and depo prep meeting. Email to and from Jason Parker re: Aug 16 depo and depo prep meeting. Email Charlie Adcox re: Aug 18 depo and depo prep meeting. Call with Charlie Adcox. Email to and from Mike Rich re: Adcox depo start time. Email Rocco re: Adcox depo prep meeting. Email to and from Mike Rich re: Castelli depo date. | |
| 08/04/2016 | DSE | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Jason Parker re: depo prep meeting. Email to and from Buffy Dulaney re: depo date and depo prep meeting. Email from Rich re: FRAS emails. Review docs produced. Email to and from Rich re: retaliation claim stipulation. Review Order dismissing Ben McBride w/o prej. Email from and to Karen Allen re: depo prep video. Watch depo prep video. Email from AJ Castelli re: depo start time and depo prep meeting. Email to and from Will McGee re; depo date and depo prep meeting. | |
| 08/05/2016 | DSE | 1173/ First Response Ambulance Service | 3.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email Will McGee re: depo location and prep meeting location. Email from and to Jason Parker re: depo prep meeting. Email Addie Hyfield re: depo date and depo prep meeting. Call with Rich re: depo order and time and retaliation stipulation. Review renotices of deposition for McGee, Castelli and Greene. Email AJ Castelli depo notices. Email Chris Greene his depo notice. Email Rich re: depo notices. Email Will McGee his depo notice. Email TAW re: depo notices. Email Rocco re: Parker depo and depo prep meeting. Email TAW re: revised depo notices. Email from and to Rich re: Adcox depo notice. Email Charlie Adcox his depo notice. Email from and to Mike Rich re: retaliation stipulation. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 08/07/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Buffy Dulaney re: depo date and depo prep meeting. | |
| 08/08/2016 | DSE | 1173/ First Response Ambulance Service | 2.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from AJ Castelli re: depo prep meeting.  Email from and to Karen Allen re: Ian Strader depo availability.  Email between Rocco & Canupp re: depo notice for Lynn Reeves and issuing subpoena.  Call Rich re: Dulaney depo.  Email Rich re: Dulaney depo.  Email to and from Rich re: scheduling Parker, Dulaney and Adcox on same date.  Email Charlie Adcox re: depo date.  Email from Karen Allen re: FB messages produced by FRAS. | |
| 08/09/2016 | DSE | 1173/ First Response Ambulance Service | 9.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Charlie Adcox re: depo date and rescheduling depo prep meeting.  Email Rich re: Adcox depo.  Email from Rocco re: Decatur meeting and depos in Huntsville.  Email TAW re: contacting Ian Strader re: depo dates.  Email Buffy Dulaney re: depo prep meeting.  Email TAW re: contacting Addie Hyfield re: depo date.  Email from Jessica Sparks with Regions Bank re: subpoena.  Email from Rich re: notices of depo for Adcox and Dulaney.  Email from Addie Hyfield re: depo dates.  Email from Karen Allen re: Dulaney depo prep docs.  Travel to Decatur.  Meet with Will McGee, AJ Castelli, and Chris Greene re: depo prep.  Conference call with Rocco and Rich re: settlement offer.  Meet with Rocco re: settlement offer. Draft and send settlement offer to Canupp and Rich. | |
| 08/10/2016 | DSE | 1173/ First Response Ambulance Service | 6.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Travel to Huntsville.  Meeting with Rocco, Canupp and Rich re: settlement.  Email from Rich re: extension of depositions.  Return to B'ham.  Call TAW re: contacting plaintiffs re: extension of depositions.  Email to and from Jason Parker re; extension of depo.  Email Charlie Adcox re: extension of depo.  Email to and from Buffy Dulaney re: extension of depo. | |
| 08/15/2016 | DSE | 1173/ First Response Ambulance Service | 0.90 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Rocco re: draft letter to clients.  Call with Rocco re: letter to clients.  Email from and to Karen Allen re: Lisa McBride's current address.  Emails from Karen Allen to each client re: settlement. | |
| 08/17/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Jessica Sparks re: subpoena.  Email from Rich re: draft settlement docs.  Review draft settlement docs. | |
| 08/18/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: settlement docs.  Email from Rocco re: speaking with clients. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 08/19/2016 | DSE | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: revision to settlement docs.  Review revised settlement docs. | |
| 08/22/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Karen Allen re: further revisions to settlement docs.  Review revised docs. | |
| 08/23/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco to Canupp and Rich re: revised settlement docs. | |
| 08/26/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Order entered by Judge Hopkins re: Joint Status Report. | |
| 08/30/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email between Rocco and Rich re: settlement docs. | |
| 08/31/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rich re: waiting on clients' ok to send revised docs. | |
| 09/01/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rich re: comments on revised docs. | |
| 09/02/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco to Rich re: call re: settlement docs. | |
| 09/06/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Call with Rocco re: settlement docs, promissory note language.  Email from Rocco re: promissory note language. | |
| 09/07/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco re: having spoke with all plaintiffs and settlement docs. | |
| 09/08/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Joint Status Report filed with the Court. | |
| 09/21/2016 | DSE | 1173/ First Response Ambulance Service | 0.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rich re: signed settlement agreement.  Email from Rocco re: signed settlement agreement.  Email from Karen Allen re: draft joint motion to approve settlement.  Review joint motion for approval. | |
| 09/23/2016 | DSE | 1173/ First Response Ambulance Service | 0.60 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Joint Motion for Approval filed with Judge Hopkins.  Email from Judge Hopkins. | |
| 09/26/2016 | DSE | 1173/ First Response Ambulance Service | 0.80 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email to and from Buffy Dulaney re: status.  Call with Rocco re: Judge Hopkins' email. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 09/28/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Rocco to Judge Hopkins office re: response to Judge's email. Email from Kim Clark re: response to Judge's email. Email from Rich re: response to Judge's email. | |
| 10/07/2016 | DSE | 1173/ First Response Ambulance Service | 0.30 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email between Kim Clark and counsel re: availability for conference call with Judge Hopkins.  Review Order setting case for conference call on 10/11. | |
| 10/11/2016 | DSE | 1173/ First Response Ambulance Service | 1.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Call with Rocco re: conference call with Judge Hopkins.  Participate in conference call with Judge Hopkins.  Email from and to Rocco re: priority of payment language following conference call.  Email from Rich re: agreed upon payment language. | |
| 10/12/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Kim Clark re:  email from Judge Hopkins. | |
| 10/20/2016 | DSE | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Kim Clark re: Judge's Hopkins comments.  Email from Rich to Kim Clark re: revised docs. | |
| 10/24/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Joint Motion to Approve Settlement and Dismiss with Prejudice filed by Rocco. | |
| 10/26/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Review Order approving settlement. | |
| 10/27/2016 | DSE | 1173/ First Response Ambulance Service | 0.20 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from and to Karen Allen re: letter to clients.  Review letter to clients. | |

**Initials: DSE**   388.20

**Initials: RWS**

| 07/23/2014 | RWS | 1173/ First Response Ambulance Service | 1.00 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Telephone call with Jason Parker re possible case. | |
| 08/07/2014 | RWS | 1173/ First Response Ambulance Service | 3.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Meeting with Parker and other co-workers re possible case. | |
| 08/13/2014 | RWS | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email exchange with Parker. | |
| 08/27/2014 | RWS | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First Email from Parker re status. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| 09/08/2014 | RWS | 1173/ First Response Ambulance Service | 0.10 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email to Parker re employment contracts | |
| 09/09/2014 | RWS | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Email from Parker re status | |
| 10/01/2014 | RWS | 1173/ First Response Ambulance Service | 1.40 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Conference call with DSE, Jason Parker, Maisie Slaughter, Will McGee, | |
| | | Carolyn England, Carrie Borden, and Kevin Jent | |
| 01/21/2015 | RWS | 1173/ First Response Ambulance Service | 2.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Meeting with potential plaintiffs in Decatur. | |
| 08/17/2015 | RWS | 1173/ First Response Ambulance Service | 0.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Conference call with all plaintiffs' counsel. | |
| 10/15/2015 | RWS | 1173/ First Response Ambulance Service | 10.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Travel to Decatur to meet with clients; meeting with clients; post-client | |
| | | meeting & discussion with DSE, RC & KWJ re: FRAS amended answer | |
| | | filed the day before; traveled to Decatur City Hall re: obtaining FRAS | |
| | | financials submitted to City of Decatur for licensing, in reaction to FRAS | |
| | | amended answer and in anticipation of mediation; meeting and discussion | |
| | | with Decatur city attorney; traveled to Morgan County E-911 in Hartselle | |
| | | and met with director and E-911 attorney re: getting financials submitted by | |
| | | FRAS to county for the E-911 bid for county ambulance service. | |
| | | Telephone call with DSE re: FRAS financials. Traveled from Hartselle | |
| | | back to Birmingham. | |
| 10/19/2015 | RWS | 1173/ First Response Ambulance Service | 0.10 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Telephone discussion with Mo. Co. E-911 attorney re: FRAS financials | |
| 10/20/2015 | RWS | 1173/ First Response Ambulance Service | 9.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Travel to Huntsville.  Attend mediation with Harold Stephens.  Return to | |
| | | Birmingham. | |

|  |  | **Initials: RWS** | **28.40** |
|---|---|---|---|

**Initials: TAW**

| 03/09/2016 | TAW | 1173/ First Response Ambulance Service | 4.50 |
|---|---|---|---|
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Work on plaintiff's discovery responses.  Contact plaintiff's to schedule | |
| | | time to discuss. | |
| 03/10/2016 | TAW | 1173/ First Response Ambulance Service | 7.50 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Work on plaintiffs' discovery responses.  Contact plaintiffs re signature | |
| | | pages and changes. Email completed discovery responses to Karen Allen | |
| | | for service. | |

# Guin, Stokes & Evans, LLC
## Fee Application

| | | | |
|---|---|---|---|
| 03/14/2016 | TAW | 1173/ First Response Ambulance Service | 2.00 |
| | | Jason Parker, et al. v. Healthcare Investment Group, Inc. d/b/a First | |
| | | Retrieve emails from Addie Hyfield's Google account. | |

|  | |
|---|---|
| **Initials: TAW** | 14.00 |
| **Grand Total:** | 430.60 |

**Guin, Stokes & Evans, LLC**
300 Richard Arrington Jr. Blvd. N., Suite 600
Birmingham, AL  35203
Phone No.: (205) 226-2282
Fax: (205) 226-2357

**Phillip Jason Parker**

| **Expenses** | | **Units** | **Price** | **Amount** |
|---|---|---|---|---|
| 09/30/2014 | POSTAGE FOR SEPTEMBER, 2014. | 1.00 | 1.38 | 1.38 |
| 10/31/2014 | PRINTING FOR OCTOBER, 2014. | 1.00 | 0.10 | 0.10 |
| 11/30/2014 | PRINTING FOR NOVEMBER, 2014. | 24.00 | 0.10 | 2.40 |
| 12/31/2014 | PRINTING FOR DECEMBER, 2014. | 92.00 | 0.10 | 9.20 |
| 12/31/2014 | POSTAGE FOR DECEMBER, 2014. | 1.00 | 9.12 | 9.12 |
| 12/31/2014 | PHOTOCOPIES FOR DECEMBER, 2014. | 19.00 | 0.25 | 4.75 |
| 01/27/2015 | MILEAGE REIMB FOR DSE TRIP TO/FROM DECATUR TO MEETING WITH CURRENT AND NEW CLIENTS. | 178.00 | 0.56 | 99.68 |
| 01/27/2015 | PACER RESEARCH FROM 10/2014-12/2014. | 1.00 | 0.80 | 0.80 |
| 01/31/2015 | POSTAGE FOR JANUARY, 2015. | 1.00 | 14.76 | 14.76 |
| 01/31/2015 | PRINTING FOR JANUARY, 2015. | 256.00 | 0.10 | 25.60 |
| 01/31/2015 | PHOTOCOPIES FOR JANUARY, 2015. | 100.00 | 0.25 | 25.00 |
| 02/28/2015 | PHOTOCOPIES FOR FEBRUARY, 2015. | 73.00 | 0.25 | 18.25 |
| 02/28/2015 | PRINTING FOR FEBRUARY, 2015. | 76.00 | 0.10 | 7.60 |
| 02/28/2015 | POSTAGE FOR FEBRUARY, 2015. | 1.00 | 9.09 | 9.09 |
| 03/31/2015 | POSTAGE FOR MARCH, 2015. | 1.00 | 2.97 | 2.97 |
| 03/31/2015 | PHOTOCOPIES FOR MARCH, 2015. | 10.00 | 0.25 | 2.50 |
| 03/31/2015 | PRINTING FOR MARCH, 2015. | 115.00 | 0.10 | 11.50 |
| 04/13/2015 | PACER RESEARCH FOR 1/2015-3/2015. | 1.00 | 0.60 | 0.60 |
| 04/30/2015 | PRINTING FOR APRIL, 2015. | 101.00 | 0.10 | 10.10 |

# Guin, Stokes & Evans, LLC

300 Richard Arrington Jr. Blvd. N., Suite 600
Birmingham, AL  35203

| | | | | |
|---|---|---|---|---|
| 05/29/2015 | PRINTING FOR MAY, 2015. | 139.00 | 0.10 | 13.90 |
| 05/29/2015 | POSTAGE FOR MAY, 2015. | 1.00 | 2.76 | 2.76 |
| 05/29/2015 | PHOTOCOPIES FOR MAY, 2015. | 8.00 | 0.25 | 2.00 |
| 06/30/2015 | PRINTING FOR JUNE, 2015. | 114.00 | 0.10 | 11.40 |
| 07/07/2015 | MILEAGE. | 178.00 | 0.58 | 102.35 |
| 07/29/2015 | PACER FOR 4/1/15-6/30/15. | 1.00 | 1.80 | 1.80 |
| 07/31/2015 | PRINTING FOR JULY, 2015. | 13.00 | 0.10 | 1.30 |
| 08/31/2015 | PRINTING FOR AUGUST, 2015. | 13.00 | 0.10 | 1.30 |
| 09/30/2015 | PRINTING FOR SEPTEMBER, 2015. | 7.00 | 0.10 | 0.70 |
| 10/19/2015 | MILEAGE REIMB FOR DSE TRIP TO/FROM DECATUR ON 10/15/15 FOR A MEETING WITH CLIENTS RE MEDIATION. | 1.00 | 93.73 | 93.73 |
| 10/19/2015 | MILEAGE REIMB TO RWS FOR TRIP TO/FROM DECATUR ON 10/15/15 FOR MEETING WITH CLIENTS RE MEDIATION. | 1.00 | 93.15 | 93.15 |
| 10/26/2015 | MILEAGE REIMB TO DSE FOR 10/20 TRIP TO/FROM HUNTSVILLE FOR MEDIATION. | 202.00 | 0.58 | 116.15 |
| 10/31/2015 | PRINTING FOR OCTOBER, 2015. | 1,871.00 | 0.10 | 187.10 |
| 11/30/2015 | PRINTING FOR NOVEMBER, 2015. | 15.00 | 0.10 | 1.50 |
| 12/31/2015 | PRINTING FOR DECEMBER, 2015. | 6.00 | 0.10 | 0.60 |
| 01/31/2016 | PRINTING FOR JANUARY, 2016. | 380.00 | 0.10 | 38.00 |
| 01/31/2016 | PHOTOCOPIES FOR JANUARY, 2016. | 4.00 | 0.25 | 1.00 |
| 02/12/2016 | MILEAGE REIMB TO DSE FOR 1/2016 TRIP TO/FROM DECATUR FOR MEETING WITH CLIENTS RE: PROTECTIVE ORDER AND MSJ DECLARATIONS. | 163.00 | 0.54 | 88.02 |
| 02/29/2016 | PHOTOCOPIES FOR FEBRUARY, 2016. | 580.00 | 0.25 | 145.00 |
| 02/29/2016 | PRINTING FOR FEBRUARY, 2016. | 255.00 | 0.10 | 25.50 |
| 02/29/2016 | POSTAGE FOR FEBRUARY, 2016. | 1.00 | 57.22 | 57.22 |
| 03/11/2016 | MILEAGE REIMB FOR DSE 3/7/16 TRIP TO/FROM DECATUR FOR MEETING WITH CAROLYN ENGLAND, AILEEN CORRALES, CHRIS GREENE, BEN MCBRIDE AND MAISIE SLAUGHTER RE DISCOVERY RESPONSES, PROTECTIVE ORDER AND MSJ DECLARATIONS. | 163.00 | 0.54 | 88.02 |
| 03/31/2016 | PHOTOCOPIES FOR MARCH, 2016. | 4.00 | 0.25 | 1.00 |
| 03/31/2016 | POSTAGE FOR MARCH, 2016. | 1.00 | 3.27 | 3.27 |
| 03/31/2016 | PRINTING FOR MARCH, 2016. | 305.00 | 0.10 | 30.50 |

# Guin, Stokes & Evans, LLC

300 Richard Arrington Jr. Blvd. N., Suite 600
Birmingham, AL  35203

| | | | | |
|---|---|---|---|---|
| 04/29/2016 | PACER FOR 1/2016-3/2016. | 1.00 | 0.60 | 0.60 |
| 04/30/2016 | PRINTING FOR APRIL, 2016. | 557.00 | 0.10 | 55.70 |
| 05/31/2016 | PRINTING FOR APRIL, 2016. | 261.00 | 0.10 | 26.10 |
| 06/17/2016 | MILEAGE REIMB TO DSE FOR ROUND TRIP TO/FROM HUNTSVILLE FOR DAVID CHILDERS DEPO. | 216.00 | 0.54 | 116.64 |
| 06/29/2016 | MILEAGE REIMB FOR DSE TRIP TO/FROM HUNTSVILLE ON 6/20/16 FOR JASON TINDAL DEPOSITION. | 216.00 | 0.54 | 116.64 |
| 06/30/2016 | PHOTOCOPIES FOR JUNE, 2016. | 5.00 | 0.25 | 1.25 |
| 06/30/2016 | POSTAGE FOR JUNE, 2016. | 1.00 | 6.96 | 6.96 |
| 06/30/2016 | PRINTING FOR JUNE, 2016. | 270.00 | 0.10 | 27.00 |
| 07/31/2016 | PHOTOCOPIES FOR JULY, 2016. | 5.00 | 0.25 | 1.25 |
| 07/31/2016 | PRINTING FOR JULY, 2016. | 103.00 | 0.10 | 10.30 |
| 08/05/2016 | PACER FOR 4/2016-6/2016. | 1.00 | 0.50 | 0.50 |
| 08/31/2016 | PRINTING FOR AUGUST, 2016. | 125.00 | 0.10 | 12.50 |
| 09/30/2016 | PRINTING FOR SEPTEMBER, 2016. | 47.00 | 0.10 | 4.70 |
| 10/31/2016 | PRINTING FOR OCTOBER, 2016. | 47.00 | 0.10 | 4.70 |

Sub-total Expenses: $1,747.51

Total Current Billing: $1,747.51

**Total Now Due:** **$1,747.51**